FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUN 22 PM 4:06

THE PLAINTIFF REASONABLE ACCOMMODATIONS, FOR AN UNSPECIFIED DISABILITY; ④ GRANT PLAINTIFF FREEDOM FROM UNLAWFUL SEARCH, AND SEIZURES OF PROPERTY & PLAINTIFF; ⑤ CEASE AND DESIST FROM UNLAWFULLY INTERFERRING WITH PLAINTIFF'S LIBERTY; AND ⑥ PROTECT THE PLAINTIFF FROM VIOLATIONS OF HIS OTHER CIVIC & CONSTITUTIONAL RIGHTS.

2.15 THE DEFENDANTS HAVE FAILED AND REFUSED TO PAY TO PLAINTIFF THE LIQUIDATED DAMAGES OR LIQUIDATED COMPENSATION AS ESTABLISHED BY THE "FOREIGN JUDGMENTS" AND THE "ATTACHED EXECUTION".

2.16 THE DEFENDANTS HAVE FAILED AND REFUSED TO SURRENDER OR TURN OVER REAL AND PERSONAL PROPERTY VESTED IN PLAINTIFF, BY THE "FOREIGN JUDGMENTS" AND THE "ATTACHED EXECUTION".



8 OF 22

P6

# III CLAIMS

3.1 THE "DUTIES" THAT THE DEFENDANT HAVE TO THE PLANTIFF ARE CLEAR AND INDISPUTABLE.

3.2 THE DEFENDANT'S VIOLATIONS OF THEIR "DUTIES" TO THE PLANTIFF CONSTITUTE CLEAR CONSTITUTIONAL OR STATUATORY VIOLATIONS,

3.3. THE DEFENDANTS OWE TO THE PLANTIFF PERFORMANCE OF THEIR "DUTIES" WHICH ARE CLEAR, MINISTERIAL AND NON-DISCRETIONARY "DUTIES".

3.4 THE DEFENDANTS "DUTIES" TO PLANTIFF ARE SPECIFIC, PLAIN, SIMPLE, MINISTERIAL ACTS, DEVOID OF THE EXERCIZE OF DISCRETION OR JUDGMENT, WITH PERFORMANCE SO POSITIVELY COMMANDED AND PLAINLEY PRESCRIBED THAT THE DEFENDANTS "DUTIES" AND OBLIGATIONS ARE FREE FROM DOUBT.

3.5. THE DEFENDANT'S "DUTIES" TO THE PLANTIFF ARE STRICTLY REQUIRED BY THE CONSTITUTION, STATUTE OR COURT RULE.

3.6 THE DEFENDANT'S "DUTIES" THAT THE PLANTIFF SEEKS TO COMPEL ARE THE PERFORMANCE OF MINISTERIAL "DUTIES" COMPLYING WITH THEIR OWN AGENCY'S RULES & REGULATIONS.

PG 9 OF 22

3.7. THE DEFENDANT'S FAILURE TO FULFILL THEIR "DUTIES" TO THE PLAINTIFF, PLACES THE DEFENDANTS IN CLEAR VIOLATION OF AND A FAILURE TO COMPLY WITH THEIR OWN RULES, REGULATIONS AND PROCEDURES GOVERNING THEIR CONDUCT.

3.8. THE PLAINTIFF SEEKS THE PERFORMANCE OF CONSTITUTIONAL "DUTIES" OWED TO PLAINTIFF BY DEFENDANTS.

3.9. THE DEFENDANTS HAVE FAILED TO COMPLY WITH SPECIFIC CONSTITUTIONAL, STATUTORY OR REGULATORY DIRECTION, VIOLATING A CONSTITUTIONAL MANDATE.

3.10. THE DEFENDANTS HAVE ACTED IN EXCESS OF THEIR AUTHORITY AGAINST PLAINTIFF OR THEIR AUTHORITY HAS BEEN EXERCIZED IN AN UNCONSTITUTIONAL MANNER.

3.11. THE DEFENDANTS HAVE ACTED BEYOND THE SCOPE OF STATUTORY OR CONSTITUTIONAL AUTHORITY IN HARMING PLAINTIFF.

3.12 THE DEFENDANTS IN ACTING AGAINST THE PLAINTIFF HAVE VIOLATED AND EXPRESSED MANDATE BY STATUTE OR LAW, THEREBY ACTING OUTSIDE THE ZONE OF PERMISSABLE DISCRECY,

PG 10 OF 22

1  IN A "CLEAR ABSENCE OF ALL
2  JURISDICTION".
3       3.13. THE DEFENDANTS HAVE
4  OTHERWISE ABUSED THEIR DISCRETION
5  AND ACTED CONTRARY TO LAW.
6       3.14. THE DEFENDANTS HAVE
7  FAILED AND REFUSED TO MEET
8  CERTAIN STATUTORY & REGULATORY
9  OBLIGATIONS TO COMBAT DISCRIMINATION
10  AND RETALIATION AGAINST THE
11  PLAINTIFF.
12       3.15. THE DEFENDANT'S OFFICIAL
13  PRIOR ACTS AND ACTIONS AGAINST
14  THE PLAINTIFF, CONSTITUTE AN
15  UNLAWFUL EXERCISE OF THEIR
16  POWERS AND ARE THEREFORE
17  CONSTITUTIONALLY VOID:
18       3.16. THE ACTS AND "DUTIES"
19  SOUGHT TO BE COMPELLED BY
20  THE DEFENDANTS ARE "MINISTERIAL
21  ACTS" WHICH THE LAW PRESCRIBES
22  AND DEFINES AS MANDATORY "DUTIES"
23  TO BE PERFORMED WITH SUCH
24  PRECISION AS TO LEAVE NOTHING
25  TO THE EXERCIZE OF DISCRETION.
26       3.17. THE DEFENDANT'S
27  PRIOR CONDUCT EXTENDS BEYOND
28  ANY RATIONAL EXERCIZE OF

11 OF 22

PL.

1. ALLOWABLE DISCRETION, THAT
2. ~~EXCEPT~~ THEY ARE "VOID" AND
3. UNLAWFUL EVEN IF FOUND TO BE
4. WITHIN THE "LETTER" OF THE AUTHORITY
5. GRANTED TO THE DEFENDANTS.
6.     3.18. THE PLAINTIFF HAS
7. PREVIOUSLY FULLY EXHAUSTED BOTH
8. ADMINISTRATIVE AND JUDICIAL
9. REMEDIES AGAINST DEFENDANTS,
10. AND IS LEFT WITH NO ALTERNATIVE
11. ADEQUATE REMEDY AT LAW, THAN
12. THIS ACTION FOR MANDAMUS.
13.     3.19. THE PLAINTIFF HAS A
14. CLEAR AND UNDISPUTED RIGHT TO
15. THE RELIEF SOUGHT, AND THE
16. DEFENDANTS HAVE A CLEAR
17. CONSTITUTIONAL STATUTORY OR
18. REGULATORY DUTY TO PERFORM
19. THE ACTS ~~OF~~ AND "DUTIES"
20. DEMANDED.
21.     3.20. THE PLAINTIFF, IN
22. SEEKING TO PREVIOUSLY COMPEL THE
23. DEFENDANTS ~~HAS BEEN SUBJECTED~~ TO
24. PERFORM THEIR DUTIES HAS BEEN
25. ~~SO~~ UNLAWFULLY SUBJECTED TO:
26.     (a) A DENIAL OF ACCESS TO THE
27. COURTS, LAW LIBRARY AND LEGAL
28. RESOURCES;