FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUN 22 PM 4:09

(b) DENIAL OF DUE PROCESS NOTICE, AND MEANINGFUL OPPORTUNITY TO BE HEARD;

(c) A CONSPIRACY BY DEFENDANTS TO CONCEAL OR COVER UP THE PLAINTIFF'S UNLAWFUL ARRESTS, DETENTIONS, INCARCERATION OR PROSECUTIONS, AND INVALID CRIMINAL CONVICTIONS, ALL IN RETALIATION IN RESPONSE TO THE BY THE DEFENDANTS, FOR THE PLAINTIFF'S EXERCISE OF HIS CONSTITUTIONAL RIGHTS;

(d) KNOWING AND INTENTIONAL DISCRIMINATION AND RETALIATION AGAINST PLAINTIFF BY DEFENDANTS;

(e) A FALSIFICATION OF THE PLAINTIFF'S CRIMINAL HISTORY AND FALSIFICATION OF AGENCY RECORDS AS TO PLAINTIFF, RESULTING IN MULTIPLE ADVERSE AGENCY OR JUDICIAL DETERMINATIONS AGAINST PLAINTIFF;

(f) MULTIPLE CONTINUOUS AND ONGOING UNLAWFUL SEARCHES SEIZURES OF PROPERTY, PERSON, ALONG WITH VIOLATIONS OF CIVIL AND CONSTITUTIONAL RIGHTS OF PLAINTIFF.

13 OF 22
PG 13

3.21 THE EQUITABLE AND PROCEDURAL STATUS AND POSTURE OF THIS CASE DEMONSTRATES THE NEED FOR PROMPT MANDAMUS, AS TO THESE ISSUES OF GREAT PUBLIC IMPORTANCE.

3.22 THAT THE PLAINTIFF IS CURRENTLY SUFFERING A "CONTINUING VIOLATION" OF HIS CONSTITUTIONAL RIGHTS BY THE DEFENDANTS, CONSTITUTING "IRREPARABLE INJURY", WARRANTING IMMEDIATE INJUNCTIVE AND MANDAMUS RELIEF. (SEE WALTERS v. THOMPSON, 615 F. Supp 330, AT 341 (1985), CITING TO WRIGHT & MILLER, FED. PRACTICE & PROCEDURE § 2948 AT 440, AND ELROD v. BURNS, 427 U.S. 347, AT 373 (1976).

14 OF 22
PG

## IV. PRAYER

4.1 THE PLAINTIFF PRAYS FOR A DECLARATORY JUDGMENT DECLARING THE DEFENDANT DUTIES AND OBLIGATIONS AS TO THE "FOREIGN JUDGMENTS" AND THE "ATTACHED EXECUTION".①

4.2 THE PLAINTIFF PRAYS FOR A WRIT OF MANDAMUS AND INJUNCTION COMPELLING THE DEFENDANTS TO PERFORM THEIR DUTIES AND OBLIGATIONS IMPOSED BY THE "FOREIGN JUDGMENTS" AND THE "ATTACHED EXECUTION".①

4.3 THE PLAINTIFF PRAYS FOR A WRIT OF PROHIBITION AND INJUNCTION, PROHIBITING THE DEFENDANTS FROM ENGAGING IN ACTS CONTRARY TO OR IN VIOLATION OF THE "FOREIGN JUDGMENTS" AND THE "ATTACHED EXECUTION".①

4.4 THE PLAINTIFF PRAYS FOR THE ISSUANCE OF EXECUTION AND ENFORCEMENT, UPON THE EXPARTE DEMAND OF THE PLAINTIFF, BY THE DEFENDANTS.

4.5 THE PLAINTIFF PRAYS FOR AN ORDER COMMANDING THE DEFENDANTS TO PAY TO, COLLECT OR TURN OVER TO THE

PG 15 OF 22

① INCLUDING THE CORRECTION, MODIFICATION, PURGING, EXPUNGING OF ALL AGENCY RECORDS RELATED TO THE "FOREIGN JUDGMENTS", AND THE "ATTACHED EXECUTION" AND THE PLAINTIFF PURSUANT TO 5 U.S.C. §552a, RCW 10.97 AND WAC 446-20

PLAINTIFF THE LIQUIDATED DAMAGES, COMPENSATION, REAL & PERSONAL PROPERTY, AS ESTABLISHED BY THE "FOREIGN JUDGMENTS" AND THE "ATTACHED EXECUTION".

4.6 PLAINTIFF PRAYS FOR COSTS OF SUIT, ATTORNEY FEES, ACTUAL DAMAGES, PUNITIVE DAMAGES, PURSUANT TO 11 U.S.C. § 362(h), ① AND OTHER PROVISIONS OF LAW.

DATED: 6/14/05                    [signature]
                                  INNOCENT DISABLED
                                  UNLAWFULLY INCARCERATED
                                  PRISONER & PLAINTIFF

VERIFICATION OF COMPLAINT

I, DUNCAN T. MCNEIL, III, HEREBY DECLARE THAT ALL STATEMENTS, AVERMENTS OR CLAIMS MADE IN THE HEREIN COMPLAINT ARE MADE IN GOOD FAITH, AND ARE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, PURSUANT TO THE LAWS OF THE UNITED STATES.

DATED: 6/14/05                    [signature]

PG 16 OF 22