FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 22 PM 4:11

a. For the time period of June of 1996 to March of 1999, Plaintiff has claimed reasonable compensation in the amount of $129,021.00. To avoid further litigation, Plaintiff and Counter Claimants hereby stipulate to Plaintiff being entitled to reasonable compensation in the sum of $120,000, for this time period, plus pre-judgment interest of 12% per annum, from November 1, 1997 on this amount, for a total sum of $162,600.00, for this period, due as of October 1, 2000;

b. For the time period of March 1999 to March 2000, Plaintiff has claimed reasonable compensation in the amount of $94,114.00. To avoid further litigation, Plaintiff and Counter Claimants hereby stipulate to Plaintiff being entitled to reasonable compensation in the sum of $90,000, for this time period, plus pre-judgment interest of 12% per annum, from September 1, 1999 on this amount, for a total sum of $101,880.00, for this period, due as of October 1, 2000;

c. For the time period of March 2000 to October 1, 2000, Plaintiff has claimed reasonable compensation in the amount of $55,029.00. To avoid further litigation, Plaintiff and Counter Claimants hereby stipulate to Plaintiff being entitled to reasonable compensation in the sum of $52,000, for this time period, plus pre-judgment interest of 12% per annum, from May 1, 2000 on this amount, for a total sum of $54,652.00, for this period, due as of October 1, 2000;

d. That Plaintiff is entitled to reasonable compensation for services to be performed after October 1, 2000, in the sum of $6,450.00 per month, plus actual expenses, and interest at the rate of 12% per annum, until the successful implementation of the JV/Loan Agreement and the implementation of Broadway's Confirmed Plan of Reorganization. Said amount to be set by subsequent stipulated order of this court.

9. Based upon the foregoing, Plaintiff and Counter-Claimants stipulate that

1  Counter-Claimants are jointly and severally obligated and liable to Plaintiff in the
2  sum of $319,132.00, for valuable services rendered from the time period of June of
3  1996 to October 1, 2000. Plaintiff and Counter-Claimants stipulate that said sum
4  shall accrue post-judgment interest at the rate of 12% per annum, until paid in full.
5      10. That Plaintiff and Counter-Claimants stipulate that Plaintiff is the
6  prevailing party in this action, as to Counter-Claimants and that Plaintiff is entitled
7  to an award of his attorney fees and costs in bringing this action. Said amount to be
8  set by subsequent order of this court.

## ORDER OF THE COURT

**IT IS HEREBY ORDERED** that the foregoing "Stipulated Order Re: Liability and Damages" in support of a "Stipulated Final Judgment on Less Than All Claims; No Just Reason for Delay of Entry of Final Judgment on Less Than All Claims", is entered in favor of Plaintiff and against Counter-Claimants, jointly and severally.

**IT IS FURTHER ORDERED**, that the District Court Executive is directed to enter this "Stipulated Order Re: Liability and Damages" and to provide copies to counsel and Plaintiff.

Dated: 10/30/00

_____
ROBERT H. WHALEY
United States District Judge

**So Stipulated:**

Dated: September 26, 2000

_____
Duncan J. McNeil, Plaintiff

Dated: September 26, 2000

_____
Carlos Valero, WSBA#29192
Law Offices of Carlos Valero
Attorney for Counter-Claimants

Entered in Civil Docket on 1/30/01

Stipulated Order Re: Liability and Damages - Page 5

PG 22 of 22

Legal Mail

Duncan J. Martel
Spokane Co. Jail
MS-JAIL CP# 293752
1100 W. Mallon
Spokane, WA 99260

Clerk
US District Court - Delaware
844 King Street
Wilmington, DE 19801
FJ-08

U.S.M.S
X-RAY

