DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE WA, 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
CIVIL DETAINEE AND
PLAINTIFF

MO-FJM-027
DATE: 7/29/05
TIME: 19:00
FJ-08

FILED AUG - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DUNCAN J. MCNEIL, III<br>INDIGENT DISABLED<br>UNLAWFULLY INCARCERATED<br>CIVIL DETAINEE AND<br>PLAINTIFF AND<br>JUDGMENT CREDITOR<br><br>V.<br><br>UNITED STATES, AND IT'S<br>OFFICERS AND AGENCIES:<br>CLERK, U.S. DISTRICT COURT-<br>D-DE; CLERK, U.S.<br>BANKRUPTCY COURT-D-DE;<br>U.S. ATTORNEY-D-DE;<br>OFFICE OF U.S. TRUSTEE<br>-D-DE; U.S. MARSHAL<br>SERVICE-D-DE; FBI-D<br>-DE; IRS-D-DE; SECRET<br>SERVICE-D-DE; AND ALL<br>JUDGMENT DEBTORS<br>UNDER THE "FOREIGN<br>JUDGMENTS", RESIDING<br>OR DOING BUSINESS IN<br>THIS DISTRICT, FICTIOUSLY<br>NAMED AS DOE 1 TO<br>DOE 500,<br>DEFENDANTS AND<br>JUDGMENT DEBTORS<br><br>"D-DE" = "DISTRICT OF<br>DELAWARE" | CASE NO.: 05-421 (SLR)<br><br>FIRST AMENDED<br>VERIFIED COMPLAINT<br>FOR:<br>① COMMON LAW<br>SUPPLEMENTAL BILL IN<br>AID OF "FOREIGN<br>JUDGMENTS";<br>② FOR CORRECTION OF<br>AGENCY RECORDS AS TO<br>PLAINTIFF AND THE<br>"FOREIGN JUDGMENTS"<br>PURSUANT TO 5 U.S.C. §<br>552a(g);<br>③ FOR PROHIBITIVE AND<br>MANDATORY INJUNCTIONS<br>PER FRCP 65, ALONG WITH<br>DECLARATORY JUDGMENT<br>PURSUANT TO 28 U.S.C. §<br>2201;<br>④ FOR APPOINTMENT OF<br>A MASTER, PER FRCP<br>53(b), AT THE COSTS OF THE<br>JUDGMENT DEBTORS;<br>⑤ FOR ACTUAL DAMAGES,<br>PUNITIVE DAMAGES, TREBLE<br>DAMAGES, ATTORNEY FEES<br>AND COSTS PER 11 U.S.C. §<br>362(h), 5 U.S.C. §552a AND<br>OTHER PROVISIONS OF LAW. |

JURY TRIAL DEMANDED

PG 1 OF 12

## I. JURISDICTION, VENUE AND PARTIES

1.01 THIS ACTION IS A COMMON LAW ACTION; AS A SUPPLEMENTAL BILL IN THE AID OF THE EXECUTION AND ENFORCEMENT OF THE HEREIN IDENTIFIED "FOREIGN JUDGMENTS, IN THIS JUDICIAL DISTRICT.

1.02 THAT THE TERM "FOREIGN JUDGMENTS" SHALL HEREINAFTER REFER TO THE FINAL JUDGMENTS PLED IN THIS ACTION AT ¶ 2.01, AND AS LISTED AND DESCRIBED ON Ex. 1 AND Ex. 2, ATTACHED HERETO AND MADE A PART HEREOF.

1.03 THAT PLAINTIFF IS A RESIDENT OF SPOKANE, WA, EASTERN DISTRICT OF WASHINGTON JUDICIAL DISTRICT, AND IS PRESENTLY UNLAWFULLY INCARCERATED AS A "CIVIL DETAINEE" IN DIRECT RETALIATION AND RETRIBUTION FOR HIS LAWFUL ACTS AND COURT APPOINTED DUTIES TO OBTAIN EXECUTION AND ENFORCEMENT OF THE "FOREIGN JUDGMENTS".

1.04 THE PLAINTIFF HAS COMMITTED NO CRIME AND HAS NOT BEEN LAWFULLY SENTENCED ON A VALID CRIMINAL CONVICTION. AS A "CIVIL DETAINEE" THE PLAINTIFF IS NOT A "PRISONER" AS DEFINED BY 28 U.S.C. §1915, AND IS

THEREFORE NOT SUBJECT TO THE "THREE STRIKES" PROVISIONS OF 28 U.S.C. §1915(g).

1.05 PLAINTIFF IS PRESENTLY UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY, RESULTING DIRECTLY FROM THE DEFENDANT'S ACTS OF RETALIATION AND RETRIBUTION, AS A RESULT OF AND TAKEN TO INTERFERE WITH THE PLAINTIFF'S LAWFUL ACTS OF EXECUTION AND ENFORCEMENT OF THE FOREIGN JUDGMENTS.

1.06 THE PLAINTIFF'S IMMINENT DANGER OF SERIOUS PHYSICAL INJURY, DUE TO THE DEFENDANT'S ACTS OF RETALIATION AND RETRIBUTION, INCLUDE BUT ARE NOT LIMITED TO:

A. DEFENDANT'S INTENTIONAL INDIFFERENCE TO THE PLAINTIFF'S HEALTH SAFETY AND WELFARE, BY THE WITHHOLDING OF REQUIRED MEDICATIONS, MEDICAL CARE AND MEDICAL TREATMENT;

B. DEFENDANT'S VIOLATION OF THE PLAINTIFF'S 1ST, 8TH & 14TH AMEND. RIGHTS BY DETAINING PLAINTIFF IN 24/7 LOCKDOWN, WITHOUT ADEQUATE ACCESS TO EXERCIZE, PHONES, COURTS, LAW LIBRARY, COPIER, RELIGIOUS COUNSELING, MENTAL