HEALTH COUNSELING, MEDICAL TREATMENT OR OTHER REQUIRED OR NECESSARY SERVICES;

  C. DEFENDANT'S HOUSING OF THE PLAINTIFF (A MINIMUM SECURITY CLASIFIED INMATE WITH A "-1" SCORE[1] ON THE WASPC OBJECTIVE JAIL CLASSIFICATION ASSESSMENT) IN MEDIUM AND MAXIMUM HOUSING, AT GREAT RISK TO THE PLAINTIFF, RESULTING IN AT LEAST ONE PRIOR VIOLENT ASSAULT, AND 3 OR MORE ATTACKS OR THREATENED ATTACKS BY HIGH RISK INMATES, AGAINST THE PLAINTIFF, PLACING PLAINTIFF'S SAFETY AT A ON GOING AND CONTINUAL RISK.

  1.07 ONE OR MORE OF THE DEFENDANTS AND JUDGMENT DEBTORS IS A RESIDENT OF THIS JUDICIAL DISTRICT OR HAS PROPERTY, SUBJECT TO THE "FOREIGN JUDGMENTS" IN THIS JUDICIAL DISTRICT OR DOES BUSINESS IN THIS JUDICIAL DISTRICT, SO DIVERSITY EXISTS.

  1.08 THAT THE DEFENDANTS AND JUDGMENT DEBTORS HAVE UNLAWFULLY SEIZED THE PLAINTIFF'S OFFICE, RESIDENCE

---

[1] PLAINTIFF IS A "-1" SCORE ON A SCALE OF 0 TO 31, THE LOWEST POSSIBLE SCORE AND CLASSIFICATION.

PG 4 OF 12

BUSINESS RECORDS, LEGAL RECORDS AND FINANCIAL RECORDS, IN VIOLATION OF THE PLAINTIFF'S 1ST, 4TH, 5TH, 6TH & 14TH AMEND. RIGHTS AND AS A RESULT THERE OF THE NON-FEDERAL AGENCY JUDGMENT DEBTORS, SUBJECT TO THE FOREIGN JUDGMENTS, RESIDING IN THIS JUDICIAL DISTRICT, ARE FICTIOUSLY NAMED IN THIS ACTION AS DOE 1 TO DOE 500. UPON THE RECOVERY OF THE PLAINTIFF'S RECORDS AND UPON THIS COURT'S ENTRY OF JUDGMENTS IN THIS DISTRICT, GRANTING FULL FAITH AND CREDIT TO THE "FOREIGN JUDGMENTS" THE PLAINTIFF WILL SEEK TO AMEND THIS ACTION, OR WILL INITIATE FURTHER SUPPLEMENTAL PROCEEDINGS ON THE JUDGMENTS OF THIS COURT, NAMING SPECIFIC JUDGMENT DEBTORS AND SPECIFIC PROPERTY, LOCATED WITHIN THIS DISTRICT, SUBJECT TO ATTACHMENT, EXECUTION OR ENFORCEMENT OF THE "FOREIGN JUDGMENTS"

1.09 THIS COURT HAS FURTHER JURISDICTION OVER THIS COMMON LAW ACTION IN THE AID OF THE "FOREIGN JUDGMENTS" PURSUANT TO THE FEDERAL QUESTION STATUTE, 28 U.S.C. § 1331. THE FEDERAL QUESTIONS IN THIS ACTION, INCLUDE BUT ARE NOT LIMITED TO:

1.10. THE REGISTRATION AND GRANTING OF FULL FAITH AND CREDIT AS TO THE "FOREIGN JUDGMENTS" IN THIS COURT AND IN THIS JUDICIAL DISTRICT, PURSUANT TO 28 U.S.C. § 1963, 28 U.S.C. § 1738, U.S. CONST. ART IV § 1, AND OTHER FEDERAL LAWS;

1.11 THE ENFORCEMENT OF LIENS OR CLAIMS ARISING FROM THE "FOREIGN JUDGMENTS" AS TO REAL OR PERSONAL PROPERTY WITHIN THIS DISTRICT, PURSUANT TO 28 U.S.C. § 1655 AND OTHER FEDERAL LAWS;

1.12 THE ENFORCEMENT OF THE REIMPOSED AUTOMATIC STAY, PURSUANT TO 11 U.S.C. § 362, IN THIS DISTRICT, PURSUANT TO THE TERMS OF THE "FOREIGN JUDGMENTS";

1.13 THE ENFORCEMENT OF THE DISCHARGE AND DISCHARGE INJUNCTION, PURSUANT TO 11 U.S.C. § 524 AND 11 U.S.C. § 1141, IN THIS DISTRICT, PURSUANT TO THE TERMS OF THE "FOREIGN JUDGMENTS";

1.14 THE EXECUTION AND ENFORCEMENT OF THE "FOREIGN JUDGMENTS", IN THIS DISTRICT, PURSUANT TO FRCP 58(a)(1), 69(a), 70 & 71, AND OTHER FEDERAL LAWS;

1.15 THE ENFORCEMENT OF