1. THE PLAINTIFF'S RIGHTS UNDER
2. THE 1ST, 4TH, 5TH, 6TH, 8TH & 14TH AMEND,
3. OF THE U.S. CONST, AS TO THE
4. DEFENDANTS AND THE JUDGMENT
5. DEBTORS;
6.    1.16 THE DUTIES OF THE FEDERAL
7. AGENCY DEFENDANTS TO MAINTAIN,
8. COLLECT AND DISTRIBUTE ACCURATE
9. AGENCY RECORDS AS TO THE PLAINTIFF
10. AND THE ~~JUDGMENT~~ "FOREIGN JUDGMENTS"
11. PURSUANT TO 5 U.S.C. § 552a, AND
12. OTHER PROVISIONS OF LAW.
13.    1.17 THAT THE PLAINTIFF IS THE
14. LAWFUL OWNER ~~OF THE~~ AND TRUSTEE
15. AS TO THE RIGHTS AND PROPERTY
16. VESTED BY THE "FOREIGN JUDGMENTS"
17. AND BY THIS COMMON LAW ACTION,
18. AND SUPPLEMENTAL BILL IN THE AID OF
19. THE "FOREIGN JUDGMENTS", INVOKES
20. THE JURISDICTION AND POWER OF THIS
21. COURT TO ENFORCE AND CARRY INTO
22. EFFECT THE "FOREIGN JUDGMENTS",
23. WHERE IT IS WELL SETTLED THAT THIS
24. COURT OF EQUITY, CAN CARRY INTO EFFECT
25. THE "FOREIGN JUDGMENTS", WHICH ARE
26. FINAL JUDGMENTS WHICH REMAIN
27. UNREVERSED, WHERE THE SUBJECT MATTER
28. OF THIS ACTION IS THE SAME AS THE

1. SUBJECT MATTER OF THE
2. PROCEEDINGS FROM WHICH THE
3. "FOREIGN JUDGMENTS" AROSE, AS THE
4. "FOREIGN JUDGMENTS" ARE IRREVERSIBLE,
5. UNREVIEWABLE AND UNIMPEACHABLE
6. DECREES, ORDERS AND EXECUTIONS, WITH
7. FINALITY ENTITLED TO FULL FAITH AND
8. CREDIT IN THIS COURT AND IN THIS
9. DISTRICT.
10.     II. PLAINTIFF & DEFENDANT'S "DUTIES"
11. THE PLAINTIFF INCORPORATES HEREIN ALL
12. STATEMENTS, FACTS AND AVERMENTS MADE
13. IN PP 2, AND ALL SUB-PARAGRAPHS THERETO,
14. IN PLAINTIFF'S ORIGINAL COMPLAINT IN THIS
15. ACTION.
16.     III. CLAIMS
17.     THE PLAINTIFF INCORPORATES HEREIN
18. ALL STATEMENTS, FACTS AND AVERMENTS
19. MADE IN PP 3 AND ALL SUB-PARAGRAPHS
20. THERETO, IN PLAINTIFF'S ORIGINAL
21. COMPLAINT IN THIS ACTION.
22.     IV. PRAYER
23.     THE PLAINTIFF INCORPORATES HEREIN
24. ALL STATEMENTS, FACTS, AND PRAYERS AND
25. RELIEF REQUESTED IN PP 4 (#4.1 TO #4.6) OF
26. THE PLAINTIFF'S ORIGINAL COMPLAINT.
27.     4.7 THE PLAINTIFF PRAYS
28. FOR AN ORDER OF THIS COURT COMMANDING

1  THE CLERK OF THIS COURT TO OBTAIN
2  CERTIFIED COPIES OF THE "FOREIGN
3  JUDGMENTS" LISTED ON Ex.2, FOR FILING,
4  REGISTRATION, AND THE GRANTING OF FULL
5  FAITH AND CREDIT, WITH EXECUTION AND
6  ENFORCEMENT THEREON, IN THIS COURT,
7  IN THIS JUDICIAL DISTRICT.
8        4.8  PLAINTIFF PRAYS FOR ISSUANCE
9  OF TRO/OSC, WITHOUT NOTICE AND A
10 PRELIMINARILY INJUNCTION AFTER SERVICE,
11 NOTICE AND A HEARING TO ENFORCE THE
12 TERMS OF THE "FOREIGN JUDGMENTS" AND
13 TO ENJOIN ANY FURTHER VIOLATIONS OF
14 THE "FOREIGN JUDGMENTS" AND THE
15 PLAINTIFF'S CIVIL AND CONSTITUTIONAL
16 RIGHTS, ALONG WITH THE APPOINTMENT OF
17 A MASTER TO ENFORCE AND EXECUTE THE
18 "FOREIGN JUDGMENTS", AT THE COSTS OF
19 THE JUDGMENT DEBTORS, PURSUANT TO
20 FRCP 53(b) AND 65.
21 DATED: 7/28/05                    PLAINTIFF
22              VERIFICATION
23 I, DUNCAN T. MCNEIL, III, HEREBY DECLARE THAT ALL
24 STATEMENTS, FACTS OR AVERMENTS OR CLAIMS MADE
25 HEREIN ARE MADE IN GOOD FAITH, ARE NON-FRIVOLOUS
26 AND ARE TRUE AND CORRECT UNDER THE PENALTY OF
27 PERJURY PURSUANT TO THE LAWS OF THE U.S.
28 DATED: 7/28/05                    PLAINTIFF

PG. 9 OF 12

CLERK
U.S. DISTRICT COURT
DE OS WARE
844 KING STREET
LOCK BOX 18
WILMINGTON DE 19801

DUNCAN J. MCVEK
SPOKANE CO. JAIL
MS-JAIL CO# 293752
1100 W. MALLON
SPOKANE WA 99260

U.S.M.S.
X-RAY