EXHIBIT "1"

2  PLAINTIFF INCORPORATES HEREIN
3  THE "CERTIFICATION OF JUDGMENT FOR
4  REGISTRATION IN ANOTHER DISTRICT"
5  ATTACHED TO PLAINTIFF'S ORIGINAL
6  COMPLAINT IN THIS ACTION, AS PAGES
7  17 OF 22 TO 22 OF 22, AS THROUGH
8  FULLY SET FORTH HEREIN.