IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUNCAN J. MCNEIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-421-SLR |
| | ) |
| UNITED STATES, CLERK - U.S. | ) |
| DISTRICT COURT - D. DE, CLERK | ) |
| U.S. BANKRUPTCY COURT - D. DE, | ) |
| U.S. ATTORNEY - D. DE, OFFICE | ) |
| OF U.S. TRUSTEE - D. DE, U.S. | ) |
| MARSHAL SERVICE - D. DE, FBI - | ) |
| D. DE, IRS - D. DE, and, | ) |
| SECRET SERVICE - D. DE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiff, Duncan J. McNeil, III, CID # 293752, a pro se litigant, is presently incarcerated in the Spokane County Jail, in Spokane, Washington, and on May 22, 2005, plaintiff filed a complaint under 42 U.S.C. § 1983, along with a motion to proceed in forma pauperis;

WHEREAS, on May 22, 2005, plaintiff also filed an "Ex Parte Motion to Proceed IFP," making a second request for leave to proceed in forma pauperis, as well as requesting appointment of counsel and authorization to use the Court's Case Management/Electronic Case Files (CM/ECF) System (D.I. 3);

WHEREAS, the Court has determined that plaintiff is not entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g);

THEREFORE, at Wilmington this \_\_8th\_\_ day of \_\_August\_\_, 2005, IT IS ORDERED that:

1. Plaintiff's second motion to proceed *in forma pauperis* is moot.

2. Plaintiff's motion for appointment of counsel is denied.

3. Plaintiff's motion for authorization to file documents electronically using the CM/ECF System is denied.

                                                        _____
                                                        United States District Judge