DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
CIVIL DETAINEE AND
PLAINTIFF

## U.S. DISTRICT COURT

## DISTRICT OF DELAWARE

IN RE

DUNCAN J. McNEIL, III

v.

UNITED STATES ET, AL.

FOR ALL CASES AND
ACTIONS PENDING IN
THIS COURT INCLUDING
CASE NO:

05-421-SLR

NOTICE OF CHANGE
OF ADDRESS;

REQUEST FOR
SPECIAL NOTICE

**FILED**

AUG 19 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE THAT THE
UNDERSIGNED HEREBY APPEARS IN
THIS ACTION(S) AND PROVIDES NOTICE OF
CHANGE OF ADDRESS, FOR ALL PURPOSES
AND REQUESTS SPECIAL NOTICE AND SERVICE
OF ALL NOTICES, PLEADINGS, ORDERS OR
RULINGS AT DUNCAN J. McNEIL, 2030 W.
SPOFFORD, SPOKANE WA 99205 EFFECTIVE
THIS DATE.
DATED: 8/12/05

DUNCAN J. McNEIL, III



U.S.M.S.
X-RAY

DUNCAN J. MCNEIL
SPOKANE CO. JAIL
MS-JAIL CID #293752
1100 W. MALLON AVE
SPOKANE WA 99260

CLERK
US DISTRICT COURT
844 N. KING STREET
LOCKBOX 18
WILMINGTON, DE 19801-3570