BRACKIN v. BURTON, 755 So. 2d 462 (Miss. App. 1999); DRAGOTOIU v. DRAGOTOIU, 991 P.2d 369 (Idaho App. 1998); IN RE DEPENDENCY OF A.C., 963 P.2d 424 (Wash. App. 1998); EGGL v. FLEETGUARD, 583 N.W.2d 812 (N.D. 1998); EX PARTE CTF HOTEL, 719 So. 2d 205 (Ala. 1998); IN RE MARRIAGE OF POWELL, 927 P.2d 1154 (Wash. App. 1996); IN RE MARRIAGE OF DUGAN-GAUNT, 915 P.2d 541 (Wash. App. 1996); SCOTT v. GOLDMAN, 917 P.2d 131 (Wash. App. 1996); EX PARTE PATE, 673 So. 2d 427 (Ala. 1995); ALLSTATE INS. v. KHANI, 877 P.2d 724 (Wash. App. 1994); DOE v. FIFE MUNI. CT., 874 P.2d 182 (Wash. App. 1994); GANNETT v. BOHANON, 621 So. 2d 935 (Miss. 1993); STATE v. BAILEY, 603 So. 2d 1334 (Fla. App. 1992); HUGHES v. COX, 601 So. 2d 465 (Ala. 1992); KAMURUZ v. KAMURUZ, 818 P.2d 334 (Idaho App. 1991); WORKMAN v. NAGLE, 802 P.2d 749 (Utah 1990); OVERBEY v. MURRAY, 569 So. 2d 303 (Miss. 1990); MATTER OF MARRIAGE OF LESLIE, 772 P.2d 1013 (Wash. 1989); SIMS v. CITY OF TOCCOA, 349 S.E.2d 385 (Ga. 1986); BRYANT v. WALTERS, 493 So. 2d 933

PG. 11 OF 71

(MISS. 1986); STOCK v. STOCK, 702 S.W.2d 713 (TEX. APP. 1985); LAND USE COMMN. v. TUCK, 490 A.2d 648 (ME. 198_)

21. AS SUCH, THE PLAINTIFF, SEEKS RELIEF FROM THIS COURT AS TO THE "VOID AB INITIO" SUA SPONTE "STRIKE" ORDERS OF THE USDC-ED-WA.[2]

22. THAT I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY PURSUANT TO THE LAWS OF THE U.S, AND I CERTIFY THAT THIS MOTION WAS PLACED IN THE OUTGOING INDIGENT MAIL AT SCI SMYRNA ON 8/30/05.

DATED: 8/30/05

_____

---

[2] PURSUANT TO DELEON v. DOE, ___ F.3d ___ at ___ (2d CIR. 2004) IT IS IMPROPER FOR THIS COURT TO JUST ADOPT THE CLAIMED "STRIKES" IMPOSED SUA SPONTE BY THE USDC-ED-WA. THIS COURT IS REQUIRED TO INDEPENDANTLY DETERMINE IF THE PRIOR CLAIMED DISMISSALS CONSTITUTE A "STRIKE" WHICH MAY BAR PLAINTIFF FROM PROCEEDING IFP AND/OR EVEN IF THE PLAINTIFF IS SUBJECT TO THE "3 STRIKES" PROVISIONS OF 28 U.S.C. § 1915(8), WHICH THE PLAINTIFF ASSERTS HE IS NOT.

$2.90 U.S. POSTAGE
PB METER 7148396
AP 02 05

U.S.M.S. X-RAY

CLERK
US DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570

MCNEIL
CO. JAIL
JAIL C/I# 283752
1100 W. MALLON
SPOKANE, WA 99260

LEGAL MAIL