293552

# BETH MARY BOLLINGER
ATTORNEY AT LAW
703 WEST SEVENTH AVENUE, SUITE 230
SPOKANE, WASHINGTON 99204
(509) 624-1525        (509) 624-3002 (FAX)

---

May 16, 2005

Lt. Michael Rohrscheib
Spokane County Jail
1100 West Mallon Avenue
Spokane, WA 99210

Re: Duncan McNeil

Dear Lt. Rohrscheib:

As you know, I am representing Duncan McNeil on a federal matter in federal district court here in Spokane. Through that representation, several matters involving the jail have come to my attention. You and I have had discussions to resolve those matters. In those discussions, we agreed that I would write to you regarding one of the matters – namely, missing documents. Thus, the purpose of the letter is to memorialize which documents are missing. In addition, I am writing to alert you to continuing problems with regard to Mr. McNeil's medical treatment at the jail. I start with the latter.

Medical treatment: I understood from Mr. McNeil that he was in terrible pain, and that his medication was abruptly terminated in early April. I communicated that to you, you contacted the jail's medical department, and the jail did begin to give Mr. McNeil muscle relaxers four times a day. Now I understand from Mr. McNeil, however, that this dosage is too small, and that the temporary relief wears off within 2 hours (leaving him in pain until the next dosage). Meanwhile, he is receiving nothing for his actual pain, and he receives none of the medications he was prescribed before he was confined at the jail. The pain is affecting his ability to help me in his defense of the federal action (and presumably his other outstanding actions). I have spoken with Chas (Mr. McNeil's previous health care provider) and enclose the list of medications that Chas provided to me regarding Mr. McNeil's past treatment. I understand that this same list was forwarded to the jail on April 18. I also attach Mr. McNeil's proposal for treatment. While Mr. McNeil is not a physician, he is acutely aware of his own past medical needs as well as past successful treatments. His suggestions should be considered. I ask that the jail give Mr. McNeil adequate medical treatment to comport with past treatment and to give him relief from his chronic pain.

Lt. Rohrscheib
May 16, 2005
Page 2

With regard to missing documents: The following documents are missing from Mr. McNeil's legal boxes. They went missing while in the possession of the jail and/or Geiger:

(a) All documents, statements, declarations and other evidence regarding the United States Marshal's service and treatment therein. This includes at least one witness statement, transfer papers, Marshal hold writs, etc. Mr. McNeil believes this material was in two envelopes, one about ¾ inch thick and the other one a spillover from the first envelope; and

(b) All documents related to a probation violation claim related to Department of Corrections. There should be two envelopes labeled PV Vol. 1 and Vol. 2.

With regard to materials not given to Mr. McNeil after I went through the boxes with him: These materials we have discussed, I believe. They are supplies (4 writing pens, 3 pencils, rubber bands, and scratch paper) and two personal photographs of a female friend of Mr. McNeil. He also has sent a kite for his other materials (glasses, throat lozenges, Tylenol, etc.) that were in a black bag. This may already have been resolved. If so, please disregard this item.

Thank you for your attention to these matters. Please call with any questions.

Sincerely,

Beth Mary Bollinger
Attorney at Law

Cc: Duncan McNeil

PG 14 of 71

# Community Health Association of Spokane

| Maple Street Clinic | Denny Murphy Clinic | Northeast Clinic | Valley Clinic |
|---|---|---|---|
| 3919 North Maple | 1001 West 2nd Ave. | 4001 North Cook | 9227 East Main |
| Spokane, WA 99205 | Spokane, WA 99201 | Spokane, WA 99207 | Spokane, WA 99206 |

Call Center (509) 444-8200 for Appointments and Information at ALL CHAS Locations

**Patient Name: McNeil, DJ**
**DOB: 03/14/1957**

## CURRENT MEDICATIONS:

| Brand Name | Dose | Form | Drug Usage |
|---|---|---|---|
| Celebrex | 200mg | Capsule | one tablet by mouth daily |
| Omeprazole | 20 Mg | Capsule Dr | one capsule by mouth daily |
| Prevacid | 30mg | Capsule Dr | TAKE 1 CAPSULE BY MOUTH |
| DAILY-RX ASSISTANCE | | | |
| Metamucil | | Powder | 1 tbsp po BID |
| Zoloft | 100mg | Tablet | two tablets by mouth daily |
| Atarax | 100mg | Tablet | 1/2 to 1 tab po q 4-6 hrs prn anxiety |
| Advair Diskus | 100/50 | Disk W/dev | Inhale 1 puff into your lungs twice daily |
| Prilosec | 20mg | Capsule Dr | |
| Albuterol | 90mcg | Aerosol | |
| Flovent | 110mcg | Aer W/adap | |

## ALLERGIES:

| Description | Reaction: |
|---|---|
| No Known Drug Allergies | |

Date/Time Run: 04/18/2005 8:17 AM
Created by: Mark E. Brooks

PG 15 OF 71

30 DAY TREATMENT PLAN 5/9/05

DUNCAN J. MCNEIL CID# 293752
SPOKANE CO. JAIL   SW-09        LC-70 p.c., R of R

PHASE I: CONTROL PHASE, TO GAIN CONTROL OF SUBSTANTIAL INJURIES TO MOUTH, JAW, SWOLLEN BRAIN, ALLOWING INJURIES TO HEAL.

DURATION: 5 DAYS

MEDICATIONS: MUSCLE RELAXER 2 - 800MG 4x/DAY
PAIN MEDS: PERKACET 2x/DAY
SLEEP AID: SERAQUIL 200MG, AT NIGHT

GOAL: TO PROVIDE 5 DAYS OF NO NEW INJURY, 6-7 HRS OF REM SLEEP PER 24/HR PERIOD & HEALING OF INJURIES; TO STABILIZE CONDITION.

PHASE II: TRANSITION PHASE: TO TRANSITION MEDICATIONS TO MAINTENCE PHASE, WHILE STOPPING ANY NEW INJURIES.

DURATION: 5 DAYS

MEDICATIONS: MUSCLE RELAXER 1.5 800 MG 4x/DAY
PAIN MEDS: IBUPROPHEN 800 MG 6x/DAY, EVERY 2 HOURS, EXCEPT AFTER SLEEP AID.
SLEEP AID: SERAQUIL 150 MG AT NIGHT

GOAL: TO STABILIZE RECOVERY OF INJURIES, ALLOW FOR NO PAIN, 6-7 HRS OF REM SLEEP TO TRANSITION TO MAINTENCE.

PHASE III: MAINTENCE: TO MAINTAIN PAIN & INJURY FREE CONDITION, NO NEW INJURIES

DURATION: 20 DAYS, RENEWED AT REQUEST OF PATIENT

MEDICATIONS: MUSCLE RELAXER: 1-800MG 4x/DAY
PAIN MEDS: IBUPROPHEN 800 MG 4x/DAY
SLEEP AID: SERAQUIL 100 MG AT NIGHT

GOAL: TO MAINTAIN PATIENT IN INJURY AND PAIN FREE CONDITION, w/ 6-7 HRS REM

DEC17'04  7:15 SCJMED

(M-5)
293752

## SPOKANE COUNTY JAIL MEDICAL KITE  9:00 p.m.

**Inmate Name:** DUNCAN MCNEIL  **Date:** 12/16/04

**Date of Birth:** 3/14/57  **Module:** 4E-40  **Social Security:** 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

___ Dental  ___ Mental Health  ___ Med Refill  _X_ Medical

**Complaint:** SEVERE DEHYDRATION, CHAPPED LIPS. I CAN NOT DRINK MILK OR TEA (USUALLY SERVED) DUE TO CHRONICS. MY CELL HAS NO RUNNING COLD WATER, ONLY HOT!

**Symptoms:** I NEED ASAP 1-GAL JUICE 2X A DAY SO THAT MY CONDITION DOES NOT WORSEN, AND I HAVE ANOTHER CHRONICS ATTACK OR SEIZURE

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]  **Date:** 12/16/04  **CID:** 293752

**Response from Medical Staff:** This is not a medical issue

Signed:          Date:          Time:

Copy: **file**  inmate  other

PG 17 OF 77

DEC17'04  7:15 SCJMED

(M-6)

# SPOKANE COUNTY JAIL MEDICAL KITE

9:00 pm

Inmate Name: DUNCAN MCNEIL   Date: 12/16/04

Date of Birth: 3/19/57   Module: 4E-46   Social Security: 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

___ Dental   ___ Mental Health   X Med Refill   ___ Medical

Complaint: NECK BACK PAIN FROM SLEEPING ON COLD CONCRETE FLOOR WHILE ON "WATCH" ON 2.W. NECK AND SHOULDER VERY STIFF,

Symptoms: WITH PAINFUL KNOT HURTS TO TOUCH, HURTS TO MOVE — NEED PAIN AND MUSCLE RELAXATION MEDS.

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signature]   Date: 12/16/04   CID: 283752

Response from Medical Staff: This is not a medical issue

Signed:                  Date                Time

Copy:  **file**   inmate   other

PG 18 of 71

I AM AGAIN REQUESTING A MEDICAL RELEASE TO BE TRANSFERRED TO GEIGER. DR. KENNEDY'S REPLY OF 12/17 (M-4) SAYS GEIGER "IS UNABLE TO HANDLE A PERSON ON SO MANY MEDS WITH SO MANY MEDICAL DEMANDS. THE ONLY MEDS THAT I HAVE TO HAVE ARE PREVACID AND ASACOL, WHICH ARE SELF MEDICATE

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN J. MCVEY   Date: _____

Date of Birth: _____   Module: _____   Social Security: 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

___ Dental   ___ Mental Health   ___ Med Refill   ___ Medical

Complaint: I ALSO GET LORAZAPAM 1X DAY IN A VERY MINOR DOSE AND ZOLOFT 1X DAY. I ONLY NEED THE LORAZAPAM AND ZOLOFT WHEN I AM IN HIGH STRESS SITUATIONS,

Symptoms: LIKE BEING IN SPOKANE CO. JAIL. IN GEIGER WORK RELEASE, I WILL NOT BE

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you. IN A HIGH STRESS ENVIRONMENT, LIKE I

Signature of Inmate: [signature]   Date: 12/20/04   CID: 293752

Response from Medical Staff: I WOULD LIKE TO BE SEEN ON SICK CALL ON 12/21/04 TO GET THIS APPROVED!

PG 19 OF 71

Signed: _____   Date: _____   Time: _____

Copy: file   inmate   other

I AM IN MOD 6, 23 HRS A DAY, WHICH SIGNIFICANTLY ELEVATES MY STRESS. I NEED MEDICAL APPROVAL FOR GEIGER, SO YOU HAVE TO DROP THE [illegible]

FEB 3 '05  9:06 SC MED

243752 (M-1)

11:00 PM

# SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN J. MCNEIL   Date: 2/2/05

Date of Birth: 3/14/57   Module: 6E-15   Social Security: 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

___ Dental   ___ Mental Health   ___ Med Refill   X Medical

Complaint: I AM SUFFERING SEVERE ANXIETY ATTACKS, AND AN ESCALATION OF MY CHRONES/COLITIS DISEASE FROM MY UNLAWFUL ISOLATION, CONFINEMENT AND LOCKDOWN SINCE 1/26/04 NOON. SINCE THAT DATE AND TIME I 132 HOURS I HAVE NOT BEEN ALLOWED OUT OF MY CELL, EXCEPT FOR 2 SHOWERS 2/1 & 2/2 AND COURT APPEARANCES.

Symptoms: SEVERE ANXIETY, UPSET STOMACH, HEAD ACHES, BLOODY STOOLS. I NEED A SIGNIFICANT INCREASE IN MY ANXIETY MEDICATION, AND I NEED TO BE RELIEVED FROM MY UNLAWFUL LOCKDOWN & ISOLATION. MY DISEASE AND DISORDER ARE ESCULATED AND

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

ENHANCED BY THE STATE'S UNLAWFUL SEIZURE OF MY CHILDREN, DUE TO ISOLATION, CAUSE BY SEPERATION ANXIETY RENDERING ME IN ISOLATION ON THE OUTSIDE. MY ESCULATION IN JAIL IS CRUEL AND UNUSUAL PUNISHMENT (132 HOURS) THUS HAS BEEN IMPOSED FOR NO LEGITIMATE REASON, OTHER THAN UNLAWFUL PUNISHMENT.

Signature of Inmate: [signature]   Date: 2/2/05   CID

Response from Medical Staff: _____

ON CELL OUT 2

Signed: _____   Date: _____   Time: _____

Copy: **file**  inmate  other

PG 20 OF 71