MAR11'05 22:08 SCJMED

*URGENT*

$m-5$

$16.30$

$3/11/05$

## SPOKANE COUNTY JAIL **MEDICAL** KITE

Inmate
Name _DUNCAN MINER_    Date _3/ ... 05_

Date of Birth _3/14/57_ Module _3E-01_  Social Security _546-25-424_

_X_ Dental    Mental Health    _X_ Med Refill    Medical

Complaint _I HAVE SEVERE HEADACHE TM_
_AND TOOTH ACHE. WITH SINUS_
_HEADACHE. I NEED MY TYLENOL EXTRA_
_STRENGTH, COUGH MEDS ASPIRIN IN MY PROGRAM_
_I ALSO NEED MY IBRUPROPHEN 600 MG_

Symptoms
_RE FILLED AND COLD MEDS 3x DAY w/_
_ANTIBOTICS. I WAS TO START ALL_
_OF THIS AT OCTOBER ON 3/8/05_

By signing this request, you authorize treatment and medication. You may be charged a
fee for any and all healthcare services received while incarcerated. By signing below, you
authorize the Sheriff or designee to release or obtain copies of your medical records
to/from any institution, physician, or medical facility that has treated you or has had
custody of you.    _I CAN NOT SLEEP DUE_
_TO PAIN!!_

Signature of
Inmate _____    Date: _____  CID _293752_

Response from Medical
Staff: _____

_____

Signed : _____    Date    Time

Copy:  **file**  inmate  other

_PG 21 OF 71_

Rx# 0346286  Dr: KENNEDY, CRISWEL
MCNEIL, DUNCAN J      03/14/05
IBUPROFEN 800MG (RPL MDTR  #30.00 )
TAKE 1 TABLET BY MOUTH 3 TIMES
DAILY FOR 15 DAYS

RFL 0/20050329  49884077905    PAR
40    MS  1/1  EXP: 09/10/05

*5 DAYS*
*STILL DUE*
*RENEW FOR 30 EXTRA*
*DAYS PLEASE FOR PAIN CONTROL*
*TO SLEEP !*

M-10

## SPOKANE COUNTY JAIL MEDICAL KITE

293752

Inmate
Name  DUNCAN MCNEIL    Date  3/24/05

Date of Birth 3/4/57  Module SW-08  Social Security 546-25-42?

_____ Dental  _____ Mental Health  X Med Refill  _____ Medical

Complaint  TMJ JAW PAIN, TOOTH ACHE
SINUS HEADACHE, UNABLE TO SLEEP
PAIN IN EVENING/NIGHT

Symptoms  PAIN IN HEAD, NECK
PLEASE REFILL IBUPROFEN 800MG
1 DAY LEFT AT

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of
Inmate  _____   Date: 3/24/05  CID 293752

Response from Medical
Staff: _____

No # FOR COMMISSARY !!

Signed :              Date              Time

Copy:  **file**  inmate  other

PG 22 OF 71

Rx# 0347490  Dr: KENNEDY, CRISWEL
MCNEIL, DUNCAN J      03/26/05
IBUPROFEN 800MG (RPL MOTR  #30.00
TAKE 1 TABLET BY MOUTH 3 TIMES
DAILY       APR 4'05 20:07 SCJMED

RFL 0/0  49884077905      PAR
AO _____ BO ... 1/ L EXP: 09/22/05.

*TO: MEDICAL*

*M-11*
*16:30*
*4/4/05*

# SPOKANE COUNTY JAIL MEDICAL KITE

Inmate
Name __DUNCAN MCNEIL__      Date __4/4/05__

Date of Birth __3/14/57__  Module __SWO9__  Social Security __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__

_____ Dental   _____ Mental Health __✓__ Med Refill   _____ Medical

Complaint __SEVERE PAIN IN JAW, RT. CHEEK__  LOWER BACK, SHOULDER NECK PAIN
__+ RT TEMPLES, TMJ, TOOTH ACHE, SEVERE__
__GUMS? VERY PAINFUL CAN NOT SLEEP__

Symptoms
MY IBUPROFEN IS RUNNING OUT TOMMORROW ! !
LAST WEEK I WAS GIVEN A PERKACET, BY MISTAKE,
THIS WAS THE ONLY PAIN FREE DAY I HAVE HAD IN OVER 1 MO.

By signing this request, you authorize treatment and medication. You may be charged a
fee for any and all healthcare services received while incarcerated. By signing below, you
authorize the Sheriff or designee to release or obtain copies of your medical records
to/from any institution, physician, or medical facility that has treated you or has had
custody of you.

Signature of
Inmate _____      Date __3/14/57__ CID __293752__

Response from Medical
Staff: _____

_If you're having blood in your_

_stools ibuprofen is not a good idea_

_Tordual Tylenol_   _Criswell_

Signed : _____   Date _____   Time _____

I AM INDIGENT AND CAN NOT BUY PAIN KILLERS OFF
COMMISSARY. PLUS WHAT THEY HAVE IS NOT
STRONG ENOUGH
PLEASE DO NOT BE IN TENTIONALLY INDIFFERENT
TO MY PAIN & SUFFERING, WHICH IS SEVERE !

PG 23 OF 71

Copy:  file  inmate  other

PG. 1 of 5

(M-13)

TO: DR COLLINS
MEDICAL

16:30
4/4/05

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate
Name _DUNCAN/MCNEIL_ Date _4/4/05_

Date of Birth _7/14/57_ Module _SW09_ Social Security _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_

_____ Dental _____ Mental Health _____ Med Refill __X__ Medical

Complaint _I WOULD LIKE MY MEDICATIONS &_
_DOSAGES REVIEWED PER ATTACHED REPORT, I HAVE_
_HAD 2 MINOR CHRONICS FLAIR UPS IN LAST 30 DAYS_
_AND I AM HAVING DAILY OR 2X DAY (BLOODY) STOOLS_

Symptoms

_PANIC ATTACKS, FROM ISOLATION AND LOCK DOWN_
_24/7. SEVERAL OF THE MEDS ON THE ATTACHED_
_REPORT I AM NOT GETTING IN SCJ_

By signing this request, you authorize treatment and medication. You may be charged a
fee for any and all healthcare services received while incarcerated. By signing below, you
authorize the Sheriff or designee to release or obtain copies of your medical records
to/from any institution, physician, or medical facility that has treated you or has had
custody of you.

Signature of
Inmate _____ Date _4/4/05_ CID _293752_

Response from Medical
Staff: _____

DONE

(Asked on-duty)

PG 24 OF 71

Signed : _____ Date _____ Time _____
Copy: **file** inmate other

_I AM NOT ABLE TO SLEEP DUE TO SEVERE_
_PAIN IN BACK, NECK, SHOULDER, HEAD, JAW,_
_RT. CHEEK & RT. TEMPLE, LACK OF SHOWERS (I USUALLY_
_SHOWER 3-4 X/DAY AT HOME OR 3E) IS ALSO CAUSING_

Rx: 0347490  Dr: KENNEDY, CRISWEL
MCNEIL, DUNCAN J        03/26/05
IBUPROFEN 800MG (RPL MDTR  #30.00
TAKE 1 TABLET BY MOUTH 3 TIMES
DAILY
RFL 0/0  49884077905      PAR
AO...          RD...  EXP: 09/23/05

*TO: MEDICAL*

*M-11*
*16:30*
*4/4/05*

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** *DUNCAN MCNEIL*        Date *4/4/05*

Date of Birth *3/14/57* Module *SW09* Social Security *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*

_____ Dental _____ Mental Health __✓__ Med Refill _____ Medical

Complaint *LOWER BACK, SHOULDER NECK PAIN. SEVERE PAIN IN JAW, RT. CHEEK & RT TEMPLE, TMJ, TOOTH ACHE, SEVERE SINUS? VERY PAINFUL CAN NOT SLEEP*

**Symptoms** *MY IBUPROFEN IS RUNNING OUT TOMMORROW & LAST WEEK I WAS GIVEN A PERKACET, BY MISTAKE, THIS WAS THE ONLY PAIN FREE DAY I HAVE HAD IN OVER 1 MO.*

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** _____ Date: *3/14/57* CID *293752*

Response from Medical Staff: *If you're having my blood in your*
*stools ibuprofen is not a good idea*
*Instead Tylenol      Cris Kennedy*

Signed : _____ Date _____ Time _____

*I AM INDIGENT AND CAN NOT BUY PAIN KILLERS OFF COMMISSARY, PLUS WHAT THEY HAVE IS NOT STRONG ENOUGH! PLEASE DO NOT BE INTENTIONALLY INDIFFERENT TO MY PAIN & SUFFERING, WHICH IS SEVERE!!*

Copy: file inmate other

*PG 25 OF 71*

*TO: DENTIST*

(M-16)

20:00
4/10/05

*APR 11 '05 13:49 SCANNED*

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate
Name _DUNCAN MCNEIL_ Date _4/10/05_

Date of Birth _7/4/57_ Module _SW-09_ Social Security _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_

_X_ Dental _____ Mental Health _____ Med Refill _____ Medical

Complaint _I AM SUFFERING GREATLY FROM
PAIN IN MY JAW, TEETH & HEAD. MY TEETH (GUMS
FEEL HALLOW) OR LIKE THEY ARE FLOATING!
VERY PAINFUL ALSO IN TOP OF MY MOUTH?_
Symptoms _ASPIRIN & TYLENOL DO NO GOOD!
I CAN NOT SIT UP, OR SLEEP, IN TOO MUCH PAIN!
PLEASE HELP?_

By signing this request, you authorize treatment and medication. You may be charged a
fee for any and all healthcare services received while incarcerated. By signing below, you
authorize the Sheriff or designee to release or obtain copies of your medical records
to/from any institution, physician, or medical facility that has treated you or has had
custody of you.

Signature of
Inmate _____ Date: _4/10/05_ CID _293752_

Response from Medical
Staff: _____

_____

_____

Signed : _____        Date _____        Time _____

Copy:  **file**  inmate  other

*PG 26 OF 71*

TO: JUDY E. ICKSON
MENTAL HEALTH
APR 11'05 12:49 SC(MH)

M-15

20:00
4/10/05

# SPOKANE COUNTY JAIL MEDICAL KITE

Inmate
Name_____DUNCAN MCNEIL_____ Date____4/10/05____

Date of Birth___3/14/57___ Module__SW-09__ Social Security__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__

_____Dental____X____Mental Health_____Med Refill_____Medical

Complaint I AM NOT ABLE TO SLEEP, I AM SUFFERING
FROM EXTREME PAIN, JAW, TEMPLE, MOUTH
IF I DO FALL ASLEEP I WAKE UP WITHIN 1 HR WITH A
RECCURING NIGHTMARE OF BEING HELD TO THE GROUND WI.
A GUN TO THE BACK OF MY HEAD, JUST LIKE MY 3/14/05
Symptoms ARREST. YOU HAVE NOT RESPONDED TO
MY PRIOR KITES, MY NEED FOR PAIN + SLEEP RELIEF
IS URGENT AT THIS POINT!. PLEASE HELP.
IT MAY BE STRESS RELATED FROM 24/7 LOCKDOWN.

By signing this request, you authorize treatment and medication. You may be charged a
fee for any and all healthcare services received while incarcerated. By signing below, you
authorize the Sheriff or designee to release or obtain copies of your medical records
to/from any institution, physician, or medical facility that has treated you or has had
custody of you.

Signature of
Inmate_____ Date: 4/10/05 CID 293952

Response from Medical
Staff:_____

_____

Signed : _____ Date _____ Time _____

Copy:  **file**  inmate  other

TO: DR. KENNEDY

M-17

Rx: 0348509  Ln: KENNEDY/GRISWELL COVER
MCNEIL, DUNCAN J          04/05/05
ACETAMINOPHEN 500MG CAPLE  #60.00
TAKE 2 TABLETS (1GM) BY MOUTH
3 TIMES DAILY

ALL GONE

*URGENT*

20:00
4/10/05

RFL 0/0  51111048993
40        BU  1/ 1  EXP: 10/02/05

## OKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN MCNEIL    Date 4/00/05

Date of Birth 3/14/57   Module SW-09   Social Security 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

Dental      Mental Health  X  Med Refill     **Medical**

Complaint THE PAIN IN MY JAW, MOUTH, RT. CHEEK & TEMPLE HAVE GOTTEN WORSE. THE 500MG ACETAMINOPHEN DO NO GOOD, I NEED TO GO BACK TO 800MG IBUPROFHEN OR SOMETHING MUCH STRONGER! THE ONLY PAIN FREE DAY I HAVE HAD IN LAST MONTH, W/O EXTREME SUFFERING **Symptoms** IS WHEN NURSE GAVE ME DELKACET BY MISTAKE (LARGE ONE). I CAN NOT SLEEP, OR SIT UP DUE TO SEVERE PAIN! PLEASE, PLEASE HELP. I NEED TO DETERMINE CAUSE OF PAIN. I THINK IT IS STRESS RELATED DUE TO 24/7 LOCKDOWN!!

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** _____  Date 4/10/05  CID 293752

Response from Medical Staff _____

Signed :          Date          Time

Copy:  **file**  inmate  other

PG 28 OF 71