
TO: DR. KENNEDY: I NEED YOUR HELP!! I AM SUFFERING GREATLY DUE TO A FAILURE TO REFILL MY PAIN MEDS. FOR TWO DAYS I HAVE ASKED THE NURSES (M-19) 23:00 4/11/05 AT EACH PILL DELIVERY (MORNING, NOON & NIGHT) FOR AN URGENT REFILL OF MY PAIN MEDS. THEY ALL SAY WE

## *URGENT* SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN MCNEIL    **Date:** 4/11/05

**Date of Birth:** 3/14/57    **Module:** SW-09    **Social Security:** 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

Dental ___  Mental Health ___  X Med Refill ___  Medical ___

**Complaint:** ARE HANDLING IT. DUE TO EXTREME PAIN IN MY HEAD, JAW, TEMPLE, TEETH, THROAT I AM NOT ABLE TO SLEEP, EAT, WORK, OR EVEN SIT UP STRAIGHT. I DO NOT KNOW WHAT IS CAUSING PAIN (STRESS FROM 24/7 LOCKDOWN, SINUS INFECTION, BRAIN TUMOR?, TOOTHACHE?) BUT IT IS INHUMANE TO MAKE ME SUFFER LIKE THIS, WITH TOTAL

**Symptoms:** AND COMPLETE INDIFFERENCE TO MY PAIN & SUFFER. IN TWO DAYS W/O ANY PAIN MEDS, I FEEL LIKE I HAVE AGED 10 YEARS, MY SKIN IS BROKEN OUT, I HAVE DARK CIRCLES AROUND MY EYES, I AM LITERALLY FALLING APART FROM THE INSIDE OUT. WE HAVE TO DETERMINE WHAT IS CAUSING THE PAIN, BUT MORE IMPORTANT I NEED IMMEDIATELY SOME VERY STRONG PAIN MEDS. THE CONSTANT PAIN & SUFFERING IS MAKING ME CRAZY AND SICK TO MY STOMACH! PLEASE DO NOT SHOW ANY MORE

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signed]    **Date:** 4/11/05    **CID:** 293752

**Response from Medical Staff:** _____

PG 29 OF 71

Signed _____ Date _____ Time _____

Copy: file  inmate  other

DR KENNEDY, ONCE AGAIN I HAVE SUFFERED THROUGH ANOTHER NIGHT OF NO SLEEP AND UNBELIEVABLE

M-21

06:00
4/13/05

3RD CONSECUTIVE NIGHT

# URGENT
## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** Duncan McNeil  **Date** 4/13/05

**Date of Birth** 3/14/57  **Module** SW-09  **Social Security** 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

Dental ___  Mental Health  X  Med Refill ___  Medical ___

**Complaint** PAIN & SUFFERING DUE TO YOUR INTENTIONAL INDIFFERENCE TO MY HEALTH, SAFETY & WELFARE. I NEED IMMEDIATE AND URGENT TREATMENT FOR

**Symptoms** MY PAIN, ANXIETY & STRESS CAUSED BY THE JAIL'S CENSURE OF 24/7 LOCKDOWN AND CRUEL & UNUSUAL PUNISHMENT. MY NEED FOR MEDICATION & MEDICAL CARE IS URGENT!!! PLEASE HELP ME!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** [signature]  **Date:** 4/13/05  **CID** 293782

**Response from Medical Staff:** 

Mr. McNeil

You should be ashamed

[illegible]

[illegible]

**Signed:** ___  **Date** ___  **Time** ___

**Copy:** file   inmate   other

PG 30 OF 71

DR KENNEDY: WHILE YOU WERE OUT PLAYING GOLF OR SLEEPING AT HOME I SUFFERED THROUGH MY FOURTH CONSEQUATIVE NIGHT OF (M-22) 06:00 4/14/05

**SPOKANE COUNTY JAIL MEDICAL KITE** — EMERGENCY

Inmate Name: DUNCAN J. McNEIL   Date: 4/14/05
Date of Birth: 3/14/57   Module: S609   Social Security: 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

[X] Dental   [X] Mental Health   [X] Med Refill   [X] Medical

Complaint — NO SLEEP AND THE MOST SEVERE AND EXCRUCIATING PAIN IMAGINABLE. YOUR NEGLIGENCE AND YOUR INTENTIONAL INDIFFERENCE TO MY PAIN AND SUFFERING IS TRULY ASTONISHING!! YOU ARE NOT A DOCTOR YOU ARE THE OPERATOR OF A TORTURE CHAMBER WHO CAN ONLY BE DESCRIBED AS SICK AND DEPRAVED. GO TO HELL

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you

MAY YOU BURN IN HELL FOR THE SUFFERING YOU HAVE CAUSED ME

Signature of Inmate: [signed]   Date: 4/14   CID 293752

Response from Medical Staff: WHY RESPOND IF YOU DON'T CARE! You should be ashamed

Signed:   Date:   Time:

Copy: file   inmate   other

PG 31 OF 71

293752

DR. KENNEDY: THE CELEBREX
HAS HAD LITTLE EFFECT ON MY
SEVERE JAW, CHEEK, TEMPLE & MOUTH     NOON 23:00
PAIN. I STILL CAN NOT SLEEP,            4/17/05
NURSE SAID URGENT IT MAY TAKE 1 WK OR MORE FOR
CELEBREX TO WORK? IN THE INTERIM, I HAVE

M-23

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN NEWELL     **Date:** 4/17/05

**Date of Birth:** 3/14/57   **Module:** SW-09   **Social Security:** 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

Dental ___  Mental Health ___  X Med Refill ___  Medical ___

**Complaint:** TO HAVE SOMETHING FOR THE PAIN, I HAD SOME TYLENOL & ASPIRIN THAT I GOT OF INDIGENT COMMISSARY ON THURSDAY, AND TRADED SOME FOOD FOR SOME MORE, BUT THAT RAN OUT YESTERDAY, SATURDAY NIGHT, AND I HAVE HAD A HORRIBLE

**Symptoms:** PAINFUL DAY EVEN W/ CELEBREX. I HAVE TYLENOL & COUGH DROPS (MY THROAT IS VERY SORE) IN MY PROPERTY FROM GEIGER, CAN YOU HAVE THIS

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]   **Date:** 4/17/05   **CID:** 293752

**Response from Medical Staff:** No

PG 32 of 71

→ SENT UP ASAP, AND GET ME AN INCREASE IN LORAZEPAM 2.5 3X/DAY TO STOP STRESS & BOOMERPU OR EQUARTY CRUSOL 3X/DAY FOR THE CONSTANT PAIN!! PLEASE HELP ME, AND DO NOT MAKE ME SUFFER

**Signed:** ___  **Date:** ___  **Time:** ___

Copy: file  inmate  other

293 752 3/14
SW09
M-24

DR KENNEDY: I HAVE ONCE AGAIN SPENT THE DAY & NIGHT IN INTOLLERABLE PAIN IN MY JAW, MOUTH, CHEEK & RT TEMPLE DUE TO MY TMJ, TEETH GRINDING, STRESS & ANXIETY. I AM SUFFERING GREATLY.

06:00
4/20/05

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN MCNEIL  **Date** 4/20/05

**Date of Birth** 3/14/57  **Module** SW-09  **Social Security** ____

____ Dental   X Mental Health   X Med Refill   ____ Medical

**Complaint** WHAT IS IT THAT YOU WANT TO GIVE ME THE REQUIRED MEDICATION FOR MY PAIN, STRESS & ANXIETY?! PLEASE DO NOT BE INTENTIONALLY INDIFFERENT TO MY PAIN & SUFFERING

**Symptoms** ANY LONGER. THE CELEBREX HAS HAD LITTLE HELP. I REQUIRE SOMETHING MUCH STRONGER!!

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** [signed]  **Date:** 4/20/05  **CID** 293752

**Response from Medical Staff:** _a prior response_

Signed :         Date         Time

Copy:  **file**   inmate   other

PG 33 OF 71

DR. KENNEDY: ONCE AGAIN I H. VE HAD A PAINFUL, STRESSFUL SLEEPLESS NIGHT, WITH MUCH PAIN & SUFFERING, WHY ARE YOU BEING INTENTIONALLY INDIFFERENT TO MY SEVERE PAIN & SUFFERING?

(M-25)
06:00
4/21/05

## SPOKANE COUNTY JAIL MEDICAL KITE

2KY
293752

**Inmate Name:** DUNCAN
**Date:** 4/21/05
**Date of Birth:** _____
**Module:** SW-09
**Social Security:** 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

X Dental   X Mental Health   X Med Refill  SW-09  Medical

**Complaint:** MY JAW (TMJ), MOUTH, TEMPLE & CHEEK W/ SEVERE PAIN, CAN YOU PLEASE SEND ME SOMETHING OFF INTERNE ON HOW TO STOP TEETH GRINDING & JAW CLENCHING WHILE SLEEPING? I ALSO NEED ASAP PAIN MEDS & MEDS TO RELIEVE STRESS & ANXIETY!!

**Symptoms:** YOU SAID THAT IF THE REASONS FOR ME BEING "TANKED" FROM GEIGER & 3E WERE AS I SAID, ASSISTING OTHER INMATES W/ LEGAL MATTERS, YOU COULD GIVE ME THE MEDS I NEED!!

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

LETS DO THIS PLEASE!

**Signature of Inmate:** _____  **Date:** 4/21/05  **CID:** 293752

**Response from Medical Staff:** _____ NO

PG 34 OF 71

PLEASE SECURE THE JAIL PAPER WORK ~~FEES~~ W/ THE REASONS FOR THE FOLLOWING TRANSFERS: ① 12/12/04 "TANKED" FROM 3E; ② 1/28/05 TANKED FROM GEIGER TO SCJ-HOLE;

**Signed:** _____  **Date:** _____  **Time:** _____

③ 3/9/05 TANKED FROM GEIGER; ④ 3/17/05 TANKED TO 2W3E

Copy: file   inmate   other

FROM 3E TO SW. PLEASE GET JAIL PAPER WORK ON THESE UNLAWFUL TRANSFERS, THEN BRING ME TO SICK CALL, SO I CAN GET COPIES & DISCUSS, THEN ORDER

*URGENT*

DR. KENNEDY: I HAVE ONCE AGAIN SUFFERED THROUGH HORRENDOUS PAIN FROM MY UN-MEDICATED TMJ, STRESS & ANXIETY. I HAVE SEVERE & CONSTANT PAIN IN MY JAW, TOP BACK OF MY MOUTH (ROOF), CHEEK, & TEMPLE.

06:00 (M-26)

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN MCNEIL    **Date** 4/25/05

**Date of Birth** 3/14/57   **Module** SW-09   **Social Security** 546-25-424

___ Dental   ___ Mental Health   ✓ Med Refill   X Medical

**Complaint** MY PAIN MEDS BECAUSE I WAS "ANGRY". MY SUFFERING IS NOW BEYOND SIMPLE DISCRIPTION ON THIS FORM, PLEASE

**Symptoms** IT IS NOW OVER TWO WEEKS SINCE YOU STOPPED TO NOT CONTINUE TO BE INTENTIONALLY INDIFFERENT TO MY PAIN & MEDICAL NEEDS.

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you. PLEASE HELP ME!!

**Signature of Inmate** [signature]   **Date:** 4/25/05   **CID** 293752

Response from Medical Staff: _Superior response_

Signed:          Date          Time

Copy: file   inmate   other

PG 35 OF 71