DR. KENNEDY: I AM ONCE 293752 SW09 M-77
AGAIN SUFFERING EXTREME PAIN 06:60
& SUFFERING, AFTER YET ANOTHER 4/28/05
NIGHT W/O SLEEP, URGENT
AND WITH
INTOLLERABLE PAIN TO MY JAW, ROOF OF MY MOUTH,

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN, MCNEIL   **Date** 4/28/05

**Date of Birth** 3/14/57   **Module** SW-09   **Social Security** 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

___ Dental   ___ Mental Health   _X_ Med Refill   _X_ Medical

RT. CHEEK & TEMPLE FROM MY TMJ, STRESS
**Complaint** & ANXIETY. I AM NOT SURE HOW I HAVE
BEEN ABLE TO ENDURE THE CONSTANT 24/7
PAIN & SUFFERING, BUT I AM ASKING THAT
**Symptoms** YOUR INTENTIONAL INDIFFERENCE TO MY
HEALTH, SAFETY & WELFARE COME TO AN END, BY
RESTARTING & INCREASING MY PAIN MEDS AND ALSO

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** [signed]   **Date:** 4/28/05   **CID** 293752

**Response from Medical Staff:**

Please return stool specimens
for detection of blood

5-2-05 [signed] C Kennedy

**Signed:** [PG 36 OF 77]   **Date**   **Time**

Copy: **file**   inmate   other

SIGNIFICANTLY INCREASING MY STRESS &
ANXIETY MEDS. ALSO, I HAVE BEEN "LOCKED DOWN"
FOR 3 STRAIGHT DAYS NOW W/O A SHOWER OR OUT
TIME (FOR NO REASON) WHICH HAS SIGNIFICANTLY

DR. KENNEDY: I AM AC. W/N 293752 M-28
IN SEVERE PAIN IN MY JAW, ROOF
OF MY MOUTH, CHEEK & TEMPLE, UNABLE 06:00
TO SLEEP. THE PAIN IS SO SEVERE TODAY 4/29/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN MCNEIL  **Date** 4/29/05

**Date of Birth** 3/14/57  **Module** ___  **Social Security** ___

___ Dental  ___ Mental Health  X Med Refill  X Medical

**Complaint** THAT I AM UNABLE TO EAT BREAKFAST!!
I AM SUFFERING GREATLY, I NEED MY
PAIN MEDS TO BE STARTED AGAIN, & AN
**Symptoms** INCREASE IN STRESS & ANXIETY MEDS
PLEASE HELP ME!!!!!!!!!!!!!!!!!!!!

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** [signature]  **Date:** 4/29/05  **CID** 293752

**Response from Medical Staff:** see response dated 5-2-05

Signed : ___   Date ___   Time ___

Copy: **file**  inmate  other

PG 37 OF 71

DR. KENNEDY IT HAS NOW BEEN 293752 SW09    M-28
3 WEEKS SINCE YOU STOPPED, FOR NO
REASON OTHER THAN YOU SAID I WAS    06:00
ANGRY, ALL OF MY PAIN MEDS AND HAVE    5/2/05

## SPOKANE COUNTY JAIL MEDICAL KITE

DENIED ME ADEQUATE STRESS & ANXIETY MEDS. I
DESPERATELY NEED MEDS & TREATMENT FOR

**Inmate Name:** DUNCAN T. McNEIL   **Date:** 5/2/05

**Date of Birth:** 3/14/57   **Module:** SW-09   **Social Security:** 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

__X__ Dental   ____ Mental Health   __X__ Med Refill   __X__ Medical

**Complaint:** MY SEVERE TMJ, TEETH GRINDING, JAW CLENCHING RESULTING IN SEVERE PAIN IN MY JAW, TEETH, CHEEKS, & TEMPLE. THE PAIN IS VERY EXTREME. PLEASE, PLEASE, PLEASE DO NOT CONTINUE TO BE INTENTIONALLY INDIFFERENT

**Symptoms:** TO MY PAIN & SUFFERING, PLEASE RESTART MY PAIN MEDS, SIGNIFICANTLY INCREASE MY STRESS & ANXIETY MEDS & TREAT MY TMJ & GRINDING

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]   **Date:** 5/2/05   **CID:** 293752

SO THAT I DO NOT CONTINUE TO HAVE EXTREME SUFFERING!!

**Response from Medical Staff:** see prior responses

**Signed:** M Williams RN   **Date:** 5/3/05   **Time:** 1230

(Copy:)  file  (inmate)  other

PG 38 OF 71

293752

TO: DR. KENNEDY
ON SAT. 4/31/05 I GOT SOME very
BAD NEWS FROM THE OUTSIDE,
WHICH HAS SIGNIFICANTLY
INCREASED MY STRESS & ANXIETY, AND

M-30
16:30
5/3/05

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN J. McNEIL     Date: 5/3/05
Date of Birth: 3/14/57   Module: 5W-09   Social Security: 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

___ Dental   ___ Mental Health   X  Med Refill   X  Medical

Complaint: MY SEVERE PAIN FROM MY TMJ GRINDING &
CLENCHING, WHICH HAS RESCALATED MY
PAIN & SUFFERING. I GAVE YOU THE

Symptoms: STOOL SAMPLE THIS MORNING, BUT NO BLOOD IN
STOOL RECENTLY, JUST EXTREME PAIN
& SUFFERING IN/ACROSS JAW, CHEEK, TEMPLE
AND ROOF OF MOUTH. PLEASE, PLEASE

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signed]   Date: 5/3/05   CID: 293752

Response from Medical Staff: If I can confirm you're not bleeding (by your finally returning the stool samples we can check for blood) it may be then possible to use a different, possibly more effective antiinflammatory for your pain. Please return the final stool sample.
— W. Kennedy

RESTART AND INCREASE MY PAIN MEDS
AND MY STRESS & ANXIETY MEDS, SO THAT YOU
ARE NOT INTENTIONALLY INDIFFERENT TO MY
HEALTH, SAFETY & WELFARE. THANK YOU!!

Signed: ___   Date ___   Time ___
Copy: file  inmate  other

DR. KENNEDY I HAVE SUFFERED ONCE AGAIN ANOTHER SLEEPLESS NIGHT OF UNBELIEVABLE PAIN & SUFFERING. WHAT KIND OF PERSON WOULD CAUSE SOMEONE ELSE, ANOTHER HUMAN BEING TO SUFFER SO MUCH. WHY IS IT THAT YOU ARE SO INDIFFERENT TO MY HEALTH, SAFETY & WELFARE. WHAT KIND OF PERSON WOULD RUN SUCH A TORTURE CHAMBER. I AM BEGINNING TO WONDER HOW MUCH PAIN SOMEONE CAN SUFFER BEFORE THEIR BODY JUST STOPS!! WHY DO YOU NOT PROVIDE ME INFO, DOCUMENTS, & TIMES ON HOW TO DEAL WITH TMJ, GRINDING & JAW CLENCHING. WHY DO YOU NOT INCREASE MY STRESS & ANXIETY MEDS? WHY DO YOU CONTINUE TO WITHHOLD MY PAIN MEDS?

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN J. MCNEIL    Date: 5/3/05

Date of Birth: 3/14/57   Module: SW-08   Social Security: 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

___ Dental  ___ Mental Health  X Med Refill  X Medical

Complaint: [see above]

Symptoms: [see above]

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signed]    Date: 5/3/04    CID: 293752

Response from Medical Staff: _____

Signed ____ Date ____ Time ____

Copy: file  inmate  other

M-31
06:00
5/3/05

CAN YOU PLEASE GIVE ME ANSWERS TO THESE QUESTIONS, OTHER THAT JUST RESPONDING WITH A "NO" OR "SEE PRIOR RESPONSES." HOW DO YOU BENEFIT FROM MAKING ME SUFFER IN SUCH PAIN. WHAT ARE THE LONG TERM EFFECTS OF SUFFERING SO MUCH SEVERE &

DR. KENNEY: IT HAS NOW BEEN 25 DAYS OF UNBELIEVABLE PAIN & SUFFERING SINCE YOU STOPPED MY PAIN MEDS BECAUSE YOU SAID I WAS "ANGRY". I HAVE SUFFERED YET ANOTHER NIGHT OF NO SLEEP COMBINED WITH THE MOST EXCRUCIATING PAIN IN MY TEETH, JAW, CHEEKS, TEMPLES AND ROOF OF MY MOUTH!! HOW MUCH PAIN CAN SOMEONE ACTUALLY SUFFER? WHY ARE YOU DOING THIS TO ME? I URGENTLY NEED MY PAIN MEDS RESTORED & INCREASED AND TREATMENT FOR MY TMJ, GRINDING & CLENCHING. WHY ARE YOU REFUSING—

M-32
06:00
5/5/05

# SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN McNEIL  Date: 5/5/05
Date of Birth: 3/14/57  Module: SW-09  Social Security: 546-25-42##

Dental ___  Mental Health _X_  Med Refill _X_  Medical ___

Complaint: [see above]

Symptoms: [see above]

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signature]  Date: 5/5/05  CID: 293752

Response from Medical Staff: We will try a new pain medicine. Are you allergic to any medicine? Any history of seizures? [signature]

Signed: ___  Date: ___  Time: ___

WHY ARE YOU BEING INTENTIONALLY INDIFFERENT TO MY MEDICAL NEEDS, PLEASE HELP ME!!

Copy: **file** inmate other

DR. KENNEDY: YOU ONLY GAVE ME ONE STOOL SAMPLE PACKAGE WHICH I HAVE ALREADY RETURNED. NO BLOOD! IF YOU WANT ANOTHER SAMPLE YOU WILL HAVE TO PROVIDE ANOTHER SAMPLE KIT. THIS IS URGENT SO PLEASE DO NOT DELAY ANY LONGER. YOU HAVE ALL STOOL SAMPLES AND NO BLOOD IN STOOLS. PLEASE DO NOT MAKE MORE EXCUSES OR UNNECESSARY DELAYS TO DEAL WITH MY SEVERE MEDICAL CONDITION.

(M-33)
09:00
5/5/05

293757
752

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** Duncan T. McNeil    **Date:** 5/5/05

**Date of Birth:** 3/14/05    **Module:** SW-09    **Social Security:** 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

___ Dental    ___ Mental Health    _X_ Med Refill    _X_ Medical

**Complaint**

**Symptoms**

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]    **Date:** 5/5/05    **CID** 293752

**Response from Medical Staff:**

Signed:         Date:         Time:

Copy: **file** inmate other