"DR KENNEDY" I AM ONCE AGAIN IN THE MIDDLE OF A NIGHT WITH NO SLEEP AND THE MOST UNIMAGINABLE AND UNDESCRIBABLE & EXCRUCIATING PAIN! THE ASPRIN & TYLENOL (6 2 PACKS) I GOT FROM COMMISSARY (INDIGENT) IS ALL GONE TODAY

(M-34)
04:00
5/6/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN MCNEIL  **Date:** 5/6/05
**Date of Birth:** 3/4/57  **Module:** SW-09  **Social Security:** 546-25-42__

___ Dental   ___ Mental Health   _X_ Med Refill   _X_ Medical

**Complaint:**
AND IT HAD ALMOST NO EFFECT ON THE SEVERE PAIN. I HAVE WRITTEN YOU FOR THE STOOL SAMPLE KIT, AND HAVE ASKED EACH NURSE (3x) TODAY FOR A KIT, WITH NO RESPONSE AND STILL NO KIT. YOUR CLAIMED CONCERN FOR

**Symptoms:**
BLOOD IN MY STOOL IS "BULLSHIT"! (JUST ANOTHER EXCUSE) I TOLD YOU WHEN WE LAST MET, THAT I HAD NOT HAD BLOOD ON 4/14/05

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

(DAY 26 OF PAIN & SUFFERING OF INTENTIONAL INDIFFERENCE)

**Signature of Inmate:** [signature]  **Date:** 5/6/05   CID 293752

**Response from Medical Staff:**

[PG 43 OF 71]

IN MY STOOL, AND THERE HAS BEEN NO CHANGE, OR I WOULD HAVE WRITTEN TO YOU. ADDITIONALLY YOU HAVE NEVER CHANGED OR DID ANYTHING WHEN I DID WRITE YOU ABOUT BLOOD IN MY STOOL SO AGAIN YOUR CLAIMED CONCERN IS "BULL". MORE IMPORTANTLY THERE ARE MANY PAIN MEDS & STRESS/ANXIETY MEDS THAT DO NOT THIN THE BLOOD AND YOU HAVE GIVEN ME NONE. WHY ARE YOU

**Signed** ___  **Date** ___  **Time** ___
**Copy:** file  inmate  other

"WINNER"

4 SAMPLE HAS BEEN READY FOR P/U SINCE 11:15 A.M. MEDICAL HAS BEEN CALLED TWICE TO P/U AND NO ONE HAS COME TO GET IT!

M35
15:30
5/6/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name**: DUNCAN J. McNEIL   **Date**: 5/6/05

**Date of Birth**: 3/04/57   **Module**: SW-08   **Social Security**: 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

___ Dental   ___ Mental Health   X Med Refill   X Medical

**Complaint**: MY PAIN, STRESS & ANXIETY IS INCREASING AND YOU WILL NOT EVEN PICK UP THE SAMPLE YOU SAY YOUR ARE WAITING FOR TO PROVIDE ME MEDICAL TREATMENT.

**Symptoms**: THERE IS NO EXCUSE FOR YOUR INTENTIONAL INDIFFERENCE TO MY HEALTH SAFETY & PAIN MUST CEASE AND DESIST

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate**: [signed]   **Date**: 5/6/05   **CID**: 293752

**Response from Medical Staff**: No response required

Signed:          Date          Time

Copy: file  inmate  other

PG 44 of 71

293752

DR. KENNEDY, I WOULD LIKE TO THANKYOU FOR THE MUSCLE REXALANT TONIGHT, IT GAVE A MINOR AMOUNT OF RELIEF FOR A FEW HOURS, BUT MY CONDITION IS SO SEVERE AND THERE IS SO MUCH INJURY TO MY MOUTH, JAW, CHEEKS, FACE, THAT THE DOSAGE YOU PROVIDE

M-36
06:00
5/7/05

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN MCNEIL    Date: 5/7/05
Date of Birth: 3/14/57   Module: SW-09   Social Security: 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

Dental ___   Mental Health  X   Med Refill  X   Medical  X

Complaint: HAD LITTLE EFFECT. MY PAIN IS SO SEVERE THAT I AM IN FEAR THAT I MAY START TO "BLACK OUT" UNLESS SOMETHING IS DONE SOON!!

Symptoms: THE MUSCLE RELAXER GAVE ME SOME MINOR RELIEF FOR A FEW HOURS, BUT I WAS NOT ABLE TO SLEEP AS I AM STILL OVERCOME W/ PAIN. ALSO THE DOSAGE OF THE MUSCLE REXLANT WILL HAVE TO BE SIGNIFICANTLY INCREASED, AT LEAST INITIALLY, IN ORDER TO TREAT M

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

DAY 27 OF INDESCRIBABLE PAIN & SUFFERING FROM INTENTIONAL INDIFFERENCE

Signature of Inmate: [signature]   Date: 5/7/05   CID 293752

Response from Medical Staff: (no response required)

PG 45 OF 71

CONDITION, BECAUSE IT IS SO ADVANCED, DUE TO LACK OF PRIOR TREATMENT. EVEN WITH THE MUSCLE RELAXER, TONIGHT (LAST NIGHT) MAY HAVE BEEN MY WORST (MOST PAINFUL) NIGHT. I HAVE TURNED IN ALL OF MY STOOL SAMPLES (NO BLOOD) AND NOW IT IS TIME FOR SOME "HIGH STRENGTH" PAIN

Signed ___   Date ___   Time ___
Copy: **file** inmate other

DR. KENNEDY: I WANT TO THANK YOU SO MUCH FOR THE MUSCLE RELAXERS, BUT, MY INJURIES AND CONDITION IS SO SEVERE THAT IT IS LIKE TREATING A COMPOUND FRACTURE WITH A BAND AID!! ON THE BACK OF THIS KITE I HAVE PROPOSED A 30 DAY TREATMENT PLAN TO TREAT MY INJURIES/CONDITION

(M-37)
06:00
5/9/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN MCNEIL   **Date:** 5/9/05

**Date of Birth:** _____   **Module:** SW-09   **Social Security:** 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

**Dental:** ___   **Mental Health:** X   **Med Refill:** X   **Medical:** ___

WHICH I WOULD LIKE YOU TO APPROVE AND START ASAP.

**Complaint:** INJURIES TO MY FACE, JAW AND HEAD ARE SO SEVERE THAT MUCH STRONGER AND MORE AGRESSIVE MEDICATION IS NEEDED TO FIRST HEAL THE INJURIES AND THEN TREAT MY CONDITION. MY BIGGER PROBLEM

**Symptoms:** IS PAIN, WHICH WHEN THE MUSCLE RELAXER WEARS OFF APPROX. 2 HOURS, IS VERY-VERY SEVERE, AND STARTS THE INJURY TO MY MOUTH, FACE & JAW ALL OVER AGAIN. MY #2 PROBLEM IS NO SLEEP FOR MORE THAN 1 HR AT A TIME.

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** _[signature]_   **Date:** 5/9/05   **CID:** 29375-2

**Response from Medical Staff:** no response required

FOR 4 WEEKS I HAVE NOT HAD MORE THAN 1 HR SLEEP AT A TIME, NO REM SLEEP AT ALL, WHICH IS MAKING ME CRAZY! I NEED SOMETHING VERY STRONG AT NIGHT TO GIVE ME 6-7 HRS OF SLEEP DURING

**Signed:** DAY I NEED   **Date:** _____   **Time:** DOSAGES OF MUSCLE RELAXER & PAIN PILLS TO ALLOW MY INJURIES TO HEAL!!

Copy: **file** inmate other

OVER FOR 30 DAY TREATMENT PLAN. PLEASE APPROVE ASAP →

# 30 DAY TREATMENT PROGRAM

**PHASE I: CONTROL**

GOAL: TO GAIN CONTROL OF INJURIES AND ALLOW BODY TO HEAL

DURATION: 5 DAYS

| MEDICATION | FREQUENCY | DOSE | TREATMENT |
|---|---|---|---|
| MUSCLE RELAXER | 4x/DAY | 2 PILLS | TO RELAX FACE & JAW, ALLOW INJURY TO HEAL |
| PERKACET OR EQUAL | 2x/DAY | 4-½ PILLS / 1 | PAIN |
| SERAQUIL | 1x/DAY | 200 MG | FOR 6-7 HRS SLEEP AT NIGHT |

**PHASE II: TRANSATION**

GOAL: TO TRANSATION HEALING INJURIES TO MAINTENCE

DURATION: 5 DAYS

| MEDICATION | FREQUENCY | DOSE | TREATMENT |
|---|---|---|---|
| MUSCLE RELAXER | 4x/DAY | 1.5 PILLS | TO RELAX FACE/JAW |
| IBUPROFEN | 4x/DAY | 3-½ PILLS / 1600 MG | PAIN |
| SERAQUIL | 1x/DAY | 150 MG | FOR SLEEP AT NIGHT |

**PHASE III: MAINTENCE**

GOAL: TO MAINTAIN HEALING OF INJURIES

DURATION: 20 DAYS

| MEDICATION | FREQUENCY | DOSE | TREATMENT |
|---|---|---|---|
| MUSCLE RELAXER | 4 x DAY | 1 PILL / 2-½ PILLS | TO RELAX FACE/JAW |
| IBUPROFEN | 4 x DAY | 800 MG | PAIN CONTROL |
| SERAQUIL | 1 x DAY | 100 MG | FOR SLEEP AT |

DR. KENNEDY: I AM AWAKE AGAIN SUFFERING THROUGH NIGHT OF SEVERE PAIN AND SUFFERING. THE DOSE OF THE MUSCLE RELAXERS IS INSUFFICIENT FOR THE AMOUNT OF TRAUMA I HAVE SUFFERED AND THEY ONLY LAST APPROX 2 HRS. WHEN THEY WEAR OFF THE PAIN &

(M-38)
04:00
5/10/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN, J. MCNEIL    **Date:** 5/10/05

**Date of Birth:** 3/14/57    **Module:** SW-09    **Social Security:** 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

Dental ___  Mental Health ___  Med Refill  X   Medical  X

**Complaint:** DISCOMFORT COME RACING BACK IN GREATER FORCE THAN BEFORE. EVEN THOUGH I HAVE TURNED IN THE "NO BLOOD" STOOL SAMPLES FOUR (4) DAYS AGO, BUT STILL NO PAIN TREATMENT.

**Symptoms:** I NEED MUSCLE RELAXERS DOSE DOUBLED, VERY STRONG PAIN MEDS AND SOME MEDS AT NIGHT TO KNOCK ME OUT SO I CAN GET 6-7 HRS OF SLEEP. I HAVE HAD

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

(DAY 30 OF TORTURE FROM SEVERE PAIN & SUFFERING)

**Signature of Inmate:** [signed]    **Date:** 5/10/05    **CID:** 283752

**Response from Medical Staff:** _____

PG 48 OF 71

NO "REM" SLEEP (MORE THAN 2 HRS STRAIGHT) IN OVER 30 DAYS, IT IS MAKING ME CRAZY. PLEASE PLEASE HELP ME BY DOUBLING MUSCLE RELAXER DOSE, ADDING HIGH STRENGTH PAIN MEDS, AND SOMETHING AT NIGHT TO GIVE ME 6-7 HOURS OF SLEEP W/O PAIN &

Signed ___  Date ___  Time ___

Copy: file  inmate  other