DR. KENNEDY: WHERE ARE THE PAIN MEDS YOU PROMISED AFTER MY STOOL WAS FREE OF BLOOD? WHY ARE YOU TORTURING ME SO? THE MUSCLE RELAXERS ARE INADEQUATE IN DOSE AND FREQUENCY AND DO

M-39
66.00
5/12/05

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN McNEIL   **Date:** 5/12/05

**Date of Birth:** 3/14/57   **Module:** SW-C9   **Social Security:** 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

____ Dental  ____ Mental Health   X Med Refill   X Medical

**Complaint:** VERY LITTLE FOR THE TREMENDOUS PAIN I AM SUFFERING. HOW CAN YOU BE SO INTENTIONALLY INDIFFERENT TO MY

**Symptoms:** HEALTH SAFETY PAIN & WELFARE. HOW DO YOU SLEEP AT NIGHT KNOWING I CAN

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

32ND DAY OF NEEDLESS PAIN & SUFFERING

**Signature of Inmate:** [signature]   **Date:** 5/12/05   **CID:** 293752

**Response from Medical Staff:** I will authorize an increase of your Celebrex (ordered today) — [signature] Dr. Kennedy  5-13-05

GET NO SLEEP AND THAT I AM SUFFERING SO BAD DUE TO YOUR INDIFFERENCE. WHY WILL YOU

**Signed:** ____   **Date:** ____   **Time:** ____

Copy: **file**  inmate  other

NOT HELP ME?

(PG 49 OF 71)

DR. KENNEDY: IT WOULD BE THE HEIGHT OF YOUR INTENTIONAL INDIFFERENCE TO MY MEDICAL CARE, HEALTH SAFETY & WELFARE IF YOU GO HOME

293752
SW09
M-40
5/13/05
16:00

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN MCVICAR   **Date:** 5/13/05
**Date of Birth:** 3/14/57   **Module:** SW09   **Social Security:** 546-25-___

___ Dental   ___ Mental Health   ___ Med Refill   ___ Medical

**Complaint:** FOR THE WEEKEND TO BE WITH YOUR FAMILY WITHOUT ISSUING THE REQUIRED PRESCRIPTIONS AND MEDICAL ORDERS TO EASE AND STOP MY PAIN & SUFFERING. YOU WOULD

**Symptoms:** TRULY BE A CONFIRMED TORTURER WITH NO REGARD FOR HUMAN RIGHTS OR DECENCY, IF YOU LEAVE ME ON

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

(DAY 33 OF CRUEL & UNUSUAL PUNISHMENT & INTENTIONAL INDIFFERENCE)

**Signature of Inmate:** _____   **Date:** 5/13/05   **CID:** 293752

**Response from Medical Staff:** _____   no response required

MEDICARD FOR ANOTHER WEEKEND OF BARBEQUES, RELAXING GOLF WITH YOUR FAMILY AND FRIENDS. PLEASE HELP ME, PLEASE END MY 24/7 PAIN & SUFFERING!!!

**Signed:** _____   **Date:** _____   **Time:** _____

Copy: **file**   inmate   other

DR. KENT: WHILE YOU WERE HOME OVER THE WEEKEND WITH YOUR FAMILY RELAXING & RESTING, I WAS HERE IN YOUR TORTURE CHAMBER SUFFERING FROM UNDESCRIBBLE PAIN & SUFFER

M-42
06:00
5/16/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN T, MYUER   **Date:** 5/16/05

**Date of Birth:** 3/14/57   **Module:** SW-09   **Social Security:** 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

Dental ___  Mental Health ___  Med Refill X  Medical X

**Complaint:** HOW MUCH PAIN CAN PAIN CAN A BODY AND MIND TOLERATE. I MUST BE REACHING THE LIMIT. WHY ARE YOU WITHHOLDING PAIN MEDS AND NOT GIVING ME AN ADEQUATE DOSE OF STRESS/ANXIETY MEDS & SOMETHING

**Symptoms:** TO GET ME SOME SLEEP (6 HR REM SLEEP) AT NIGHT. I SUFFER GREATLY FROM 11 PM → (WHEN MUSCLE RELAXERS WEAR OFF UNTIL 6 AM) WHY DO YOU DO THIS TO ME?

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

DAY 36 OF UNBELIEVABLE PAIN SUFFERING & TORTURE

**Signature of Inmate:** [signature]   **Date:** 5/16/05   **CID:** 293752

**Response from Medical Staff:** Activity log started 5/16

(W. Hager back to dental)
5-17-05

**Signed:** R. mwilliams RN   **Date:** 5/16/05   **Time:** 0900

Copy: (file) (inmate) other

"DR. KENNEDY: THE INCREASE IN CELEBREX (STARTED 5/13/05) IS INADEQUATE TO HANDLE THE EXTREME PAIN I AM SUFFERING (THANK YOU FOR INCREASE)

M-43
15:00
5/16/05

## SPOKANE COUNTY JAIL MEDICAL KITE

THE MUSCLE RELAXER DOSE IS ALSO INADEQUATE AND THEY LAST ONLY 2 HRS, AND I ONLY GET

**Inmate Name:** DUNCAN J. MCNEIL   **Date:** 5/16/05

**Date of Birth:** 3/14/57   **Module:** SW-09   **Social Security:** 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

___ Dental   ___ Mental Health   _X_ Med Refill   _X_ Medical

THEM AT 6AM, 11AM, 5P, 9P, IN BETWEEN 11P-6A

**Complaint:** AND 2 HRS AFTER TAKING THEM THE FULL SUFFERING RETURNS. I AM ABLE TO GET ABOUT 1 HR SLEEP JUST AFTER EACH DOSE, BUT STILL NO CONSISTENT 2+ HRS

**Symptoms:** OF REM SLEEP FOR OVER 36 DAYS. THE INJURIES MY MOUTH, JAW, HEAD & BRAIN HAVE SUFFERED OVER THE 36 DAYS ARE SO SEVERE THAT A MUCH MORE AGRESSIVE TREATMENT

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

(36TH DAY OF SEVERE PAIN & SUFFERING FROM INTENTIONAL INDIFFERENCE)

**Signature of Inmate:** [signature]   **Date:** 5/16/05   **CID:** 293752

**Response from Medical Staff:** will refer back to dental

(PG 52 OF 71)

PLAN MUST BE UTILIZED 1ST TO STOP & CURTAIL FURTHER INJURY AND 2ND TO ALLOW EXISTING INJURIES TO HEAL. I DESPERATELY NEED YOUR HELP, AS I AM NOT SURE HOW MUCH MORE PAIN, SUFFERING & TORTURE MY MIND & BODY CAN TAKE!

**Signed:** ___   **Date:** ___   **Time:** ___

Copy:  file   inmate   other

DR. KENNEDY - STILL NO PAIN MEDS, [illegible]
AND INADEQUATE DOSE OF MUSCLE  M-45
RELAXER, AND NO TREATMENT  10:00
FOR PAIN, STRESS & ANXIETY FROM  5/19/05
11 PM (AFTER MUSCLE RELAXERS WEAR OFF) AND 6 AM
I CAN NOT SLEEP, AND I SUFFER IN GREAT PAIN

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN J. MCNEIL   **Date** 5/19/05

**Date of Birth** 3/14/57   **Module** ___   **Social Security** 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

X Dental   X Mental Health   X Med Refill   X Medical

**Complaint:** YOUR REPLY SAID THAT YOU WERE REFERRING ME TO THE DENTIST, BUT I HAVE SENT MULTIPLE KITES TO HIM SINCE YOU STOPPED MY MEDS ON 4/19/05, W/O ANY RESPONSE. MANY OTHER INMATES GET PAIN MEDS AND ARE NOT IN 1/2 THE PAIN & SUFFERING I AM IN.

**Symptoms:**

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]   **Date:** 5/19/05   **CID** 293752

**Response from Medical Staff:** You have received adequate medical care.

WHY ARE YOU INTENTIONALLY INDIFFERENT TO MY HEALTH, SAFETY & MEDICAL NEEDS?

Signed: ___   Date: ___   Time: ___

Copy: **file**   inmate   other

PG 5 OF 7

DR. KENNEDY, I HAVE SPENT 3 27315± SW09 M-47
MORE DAYS IN THE "KENNEDY                    06:00
TORTURE CHAMBER" NO PAIN                     5/24/05
MEDS (EVEN THOUGH ORDERED BY
DENTIST) AND NO MUSCLE RELAXERS SINCE
5/21/05 DUE TO INCOMPETENCE AND INTENTIONAL

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN J. MCNEIL   **Date:** 5/24/05

**Date of Birth:** _____   **Module:** SW09   **Social Security:** 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

___ Dental   _X_ Mental Health   _X_ Med Refill   _X_ Medical

**Complaint:** INDIFFERENCE WHEN I COMPLAIN TO NURSE I GET LOCKED DOWN FOR 2 DAYS & NO SHOWERS! I NEED 1000MG OF EXTRA STRENGTH TYLENOL 4X/DAY, AND SOME FOR SELF MEDICATION AT NIGHT TO DEAL W/

**Symptoms:** CONSTANT 24/7 PAIN & SUFFERING AND AN INCREASE IN THE DOSE 2X/4X/DAY O/C MUSCLE RELAXERS, TO ALLOW AND

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]   **Date:** 5/24/05   **CID:** 293752

**Response from Medical Staff:** _____ NO _____

SEROQUIL 200MG AT NIGHT TO ALLOW "REM" SLEEP SO THAT INJURIES CAN HEAL. PLEASE

**Signed:** _____   **Date:** _____   **Time:** _____

HELP ME. PLEASE DO NOT TORTURE ME

Copy: **file** **inmate** other

ANY LONGER, MY MIND & BODY CAN NOT TAKE IT! [PG 6 OF 7]

DR. KENNEDY: YESTERDAY THEY "YANKED" ME TO THE "HOLE" FOR (ATTEMPTING TO) COMPLAINING ABOUT MY MEDICATIONS NOT BEING TIMELY REFILLED. YOU HAVE A SERIOUS PROBLEM IN THIS AREA, IT TOOK 3 DAYS OF EXTREME SUFFERING FOR MY MUSCLE RELAXERS TO BE REFILLED!

293702
M-50
06:00
5/25/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN MCNEIL       **Date:** 5/25/05

**Date of Birth:** 3/14/57   **Module:** 6 E-24   **Social Security:** 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

___ Dental   ___ Mental Health   _X_ Med Refill   _X_ Medical

**Complaint:** THEY SEIZED MY COUGH DROPS, & MY INDIGENT TYLENOL AND ASPIRIN WHEN THEY MOVED ME. I NEED THE COUGH DROPS TO SOOTH MY CONSTANT SORE THROAT AND TO HELP WITH MY JAW CLENCHING, TO PROVIDE MOVEMENT TO JAW. I NEED THE TYLENOL & ASPIRIN (INDIGENT)

**Symptoms:** FOR OBVIOUS REASONS, TO EASE THE TORTURE! CAN YOU PLEASE ISSUE A DR. ORDER FOR THE RETURN OF MY COUGH DROPS (8 BAGS) AND MY

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signed]   **Date:** 5/25/05   **CID:** 293752

**Response from Medical Staff:** ___

INDIGENT ASPIRIN & TYLENOL, SO MY SUFFERING IS EASED. THANK YOU,

**Signed:** ___   **Date:** ___   **Time:** ___

Copy: file   inmate   other

PG 55 OF 71