TO: DENTIST YOUR ORDER OF LAST WEEK FOR ANVIL PAIN MEDS WAS ~~REFUSED~~ FILLED BUT THEN NURSE SUPERVISOR RANDI, REFUSED TO GIVE IT TO ME, SOMETHING ABOUT BAD FOR MY LIVER. CAN YOU PLEASE CHANGE PAIN MEDS TO TYLENOL OR SOMETHING ELSE THAT

M-51
06:00
5/25/05

## SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN T. MCNEIL   Date: 5/25/05

Date of Birth: 3/14/57   Module: 6E-24   Social Security: 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

X Dental ___ Mental Health  X Med Refill ___ Medical

THEY WILL GIVE ME. I AM EXTREME SUFFERING
Complaint: DISCOMFORT & SWELLING AND
FROM THE PAIN INJURIES FROM MY TMJ, JAW CLENCHING. I NEED
PAIN MEDS, ASAP. TO EASE PAIN & SUFFERING
Symptoms: PLEASE HELP ME, AND MAKE SURE NURSES
FOLLOW YOUR ORDERS. THANK YOU

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signature]   Date: 5/25/05   CID: 293752

Response from Medical Staff: _____ Pending

Signed: _____   Date: _____   Time: _____

Copy: file  inmate  other

PG 56 OF 71

MR. KENNEDY, I HAVE NOT HAD MY PSYCH MEDICATION SINCE 5/21/05, EACH DAY THERE IS ANOTHER EXCUSE! I AM NOT SUPPOSE TO GO MORE THAN 24 HRS W/O M-. I AM IN "HOLE" NOW FOR COMPLAINING ABOUT MEDS

(13752)

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN T. MEYER   **Date:** 5-28-05

**Date of Birth:** 3/14/57   **Module:** 6E-24   **Social Security:** 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

___ Dental   ___ Mental Health   _X_ Med Refill   _X_ Medical

**Complaint:**

I AM ALSO SUFFERING GREATLY FROM INADEQUATE PAIN MEDS (CELEBREX ONLY) AND INADEQUATE DOSE OF MUSCLE RELAXERS, AND NO MEDS AT NIGHT 11PM TO 6AM WHEN SYMPTOMS ARE THE WORST. WHEN I SAW THE DENTIST ON 5/26/0- HE SAID HE WOULD GET WITH YOU AND PROVIDE ME ADEQUATE PAIN & STRESS/ANXIETY MEDS

**Symptoms:**

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signed]   **Date:** 5/28/05   **CID:** 

**Response from Medical Staff:**

PG 57 OF 71

BUT THERE HAS BEEN NONE AND MY SUFFERING GOES ON. PLEASE HELP ME!! YOU NEED TO IMMEDIATELY

**Signed:** ___   **Date:** ___   **Time:** ___

Copy: **file**  inmate  other

FIX YOUR MEDICATION SO I CAN BE RELEASED FROM SOLITARY W/O ANOTHER ...

DR. KENNEY -- ANOTHER NIGHT OF NO SLEEP, PAIN AND EXTREME PAIN AND SUFFERING IN YOUR HOUSE OF TORTURE, INCOMPETENCE, AND INTENTIONAL INDIFFERENCE.

M-54
5/30/05
06:00

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN J. MCNEIL    **Date:** 5/30/05

**Date of Birth:** 3/14/57    **Module:** 6E-24    **Social Security:** 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

___ Dental    _X_ Mental Health    _X_ Med Refill    _X_ Medical

**Complaint:** I STILL DO NOT HAVE MY ASACOL (COLITIS STARTING TO ENFLAME), MUSCLE RELAXER DOSE REMAINS INADEQUATE, AND NOTHING FOR SEVERE PAIN EXCEPT CELEBREX. NOTHING FOR SLEEP. WHAT DOES IT TAKE TO ACTUALLY GET MEDICAL CARE IN THIS PLACE

**Symptoms:** ON 5/26 THE THERAPIST TOLD ME HE WOULD TALK TO YOU ABOUT THESE ISSUES AND MY TOTAL AND COMPLETE SUFFERING BETWEEN 1 AM AND 6 AM, WHEN I START UP AGAIN ON THE INADEQUATE

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]    **Date:** 5/30/05    **CID:** 293752

**Response from Medical Staff:** Done - Asacol ordered 5-31-05 CRN

DOSES OF RELAXERS & CELEBREX. IT HAS BEEN 4 DAYS W/O ANY RESPONSE OR ANY ASACOL!!!

**Signed:** ___    **Date:** ___    **Time:** ___

PLEASE, PLEASE, PLEASE HELP ME!!

Copy: **file**  inmate  other

PG 58 OF 71

DR. KENNERY: STILL NO ASA OIL, NO ADEQUATE PAIN MEDS, INADEQUATE DOSE OF MUSCLE RELAXERS, NO SLEEP ALL NIGHT AND EXTREME PAIN & SUFFERING.

M-5S
5/31/05
06:00

BEING IN THE "HOLE" MAKES MY CONDITION SIGNIFICANTLY WORSE, PLUS NO COUGH DROPS & COTTON (FOR BLOODY CHAPPED LIPS)

# SPOKANE COUNTY JAIL MEDICAL KITE

Inmate Name: DUNCAN T. MCNEIL    Date: 5/31/05

Date of Birth: 3/14/87    Module: 6E-24    Social Security: 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

___ Dental  ___ Mental Health  X Med Refill  X Medical

Complaint: SEIZED IN VIOLATION OF DR'S ORDERS. HOW MUCH SUFFERING CAN ONE ENDURE? THE DENTIST PROMISED ME ADEQUATE MEDS, SLEEP AID ON 5/26/05 - 5 DAYS AGO - BUT NO RESPONSE!! WHAT DOES IT TAKE, WHY DO YOU

Symptoms: CONTINUALLY OVERRULE DENTIST ORDERS FOR PAIN MEDS. WHY DO YOU MAKE ME SUFFER SO?

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signature]   Date: 5/31/05   CID: 293752

Response from Medical Staff: No additional response required

Signed: PLEASE HELP ME BY STOPPING YOUR   Date: ___   Time: ___
INTENTIONAL INDIFFERENCE TO MY HEALTH,
Copy: file  inmate  other
SAFETY & WELFARE AND BY PROVIDING ME
ADEQUATE MEDS & HEALTHCARE. PLEASE, PLEASE, PLEASE

DR. KENNEDY  I WANT TO THANK YOU SO MUCH FOR THE TYLENOL 500MG, BUT THE DOSE OF 2/DAY IS NOT ADEQUATE. SINCE I GOT IT ON 6/4/05 - 4 FULL 24 HR DAYS I HAVE USED 19 OF THE 30 PILLS, SPARINGLY STILL SUFFERING LOTS OF PAIN, BUT AS NEEDED WHEN MOST PAINFUL

M-55
06:00
6/9/05
293752

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name:** DUNCAN McNEILL   **Date:** 6/9/05

**Date of Birth:** 3/04/57   **Module:** 6E-24   **Social Security:** 546-25-42xx

RX 7506305

___ Dental   ___ Mental Health   _X_ Med Refill   ___ Medical

**Complaint:** I NEED TO ORDER REFILL (SO I DO NOT RUN OUT) AND I AM ASKING THAT YOU INCREASE THE DOSAGE FROM 2/DAY TO 6/DAY, SO THAT MY PAIN & SUFFERING IS MINIMIZED. 2/DAY SIMPLY DOES NOT HANDLE THE SEVERE PAIN & INJURY I

**Symptoms:** AM SUFFERING. PLEASE HELP ME WITH THIS SO THAT I DO NOT SUFFER MORE.

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate:** [signature]   **Date:** 6/9/05   **CID:** 293752

**Response from Medical Staff:** NO

Signed:                     Date                     Time

Copy:   file   inmate   other

PG 60 OF 71

DR. KENNEL: MY CONDITION HAS GOTTEN MUCH WORSE IN THE LAST WEEK, AND I HAVE BEEN (DUE TO 24/7 LOCKDOWN ISOLATION & MORE BAD LEGAL NEWS) WITHOUT ANY TYLENOL FOR 2 DAYS. THE PAIN IS VERY SEVERE. I TURNED IN THE MED-REFILL THURSDAY 6/9, BUT NO REFILL YET. PLEASE ASAP SEND UP TYLENOL PACKETS. I HAVE ASKED FOR THESE FROM NURSES AT MED PASS AND NONE HAVE ARRIVED. PLEASE RESPOND THIS AM W/ TYLENOL PACKETS-20, AND CONFIRM REFILL ON 500 MG TABLETS. PLEASE HELP ME!

293752
M-57
06:00
6/14/05

URGENT

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN McNEIL  **Date** 6/14/05

**Date of Birth** 3/14/57  **Module** 6E-24  **Social Security** _____

___ Dental  ___ Mental Health  X Med Refill  X Medical

**Complaint** _____

**Symptoms** _____

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you. IN SEVERE PAIN!

**Signature of Inmate** _[signed]_  **Date** 6/14/05  **CID** 293752

IN THE HOLE!

**Response from Medical Staff:** Please get Tylenol at Commissary

DO NOT mix with Celebrex

NO # FOR COMMISSARY ENCLOSED

**Signed** _[signed]_ MA  **Date** 6-16-05  **Time** 10:03

Copy: file   inmate   other

PG 6E OF 71

TO: ANYONE WHO CARES  293752

PLEASE HELP ME. MY TYLENOL 500MG  M-58
WAS TURNED IN ONE WEEKS AGO  66:00
FOR REFILL BUT NO RESPONSE!  6/16/05

**URGENT**

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN O'NEIL   **Date** 6/16/05

**Date of Birth** _____   **Module** 6E-24   **Social Security** 546 254 246

___ Dental   ___ Mental Health   X Med Refill   X Medical

**Complaint** PLEASE SEND UP TYLENOL PACKETS THIS AM!
I AM SUFFERING IN GREAT PAIN!
PLEASE HELP!

**Symptoms** _____

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you. SUFFERING IN GREAT PAIN!

**Signature of Inmate** O'Neil   **Date:** 6/16   **CID** 293752

**Response from Medical Staff:** You were given a card of 30 pills on 4/4, you can't have a refill before 4/19. To get the refill you need to return the card to medical ↵

**Signed:** [illegible]   **Date** 6/16/05   **Time** 0952

Copy: **file**  inmate  other

PG 62 OF 71