293752

M-59
06:00
6/17/05

I AM SUFFERING IN GREAT PAIN W/O ADEQUATE PAIN MEDS.  URGENT
PLEASE HELP —

# SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN MCNEIL     **Date** 6/17/05

**Date of Birth** 3/14/57   **Module** 6E-24   **Social Security** 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

____ Dental   ____ Mental Health   _X_ Med Refill   _X_ Medical

**Complaint** I NEED DOSE ON TYLENOL 500MG INCREASED TO AT LEAST 6/X/DAY, SEE M-56, OF 6/9/05 OR MUCH STRONGER PAIN MEDS PERCOCET, 2-3/X/DAY,

**Symptoms** I AM SUFFERING GREATLY, PLEASE HELP.

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** [signature]   **Date:** 6/17/05   **CID** 293752

**Response from Medical Staff:** [signature]   ser 6-24-05

Signed:         Date         Time

Copy: **file** inmate other

PG 63 OF 71

#293752

DR. KENNEDY: I NEED THE DOSE ON THE 500MG TYLENOL INCREASED TO 8/X/DAY FOR 2 WEEKS, THEN 6/X/DAY FOR 2 WEEKS, THEN 4/X/DAY FOR 2 WEEKS, THEN 2X/AT BEDTIME - MY PAIN IS MILD TO SEVERE

M-60
10:00
6/18/05

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN T. McNEIL  **Date** 6/18/05

**Date of Birth** _____  **Module** _____  **Social Security** _____

___ Dental   ___ Mental Health   X Med Refill   L Medical

**Complaint** TO LIMIT ME TO 2X/DAY AT THIS TIME! THE TYLENOL PROVIDES RELIEF FOR ONLY 2-3 HOURS, THE REST OF THE 24 HOURS LESS 4-5 HRS OF SLEEP, OR 18 HOURS OF SEVERE PAIN. I NEED TO GET

**Symptoms** CONTROL OF THE PAIN BEFORE I CAN GET CONTROL OF THE JAW CLENCHING & TEETH GRINDING THAT IS CAUSING THE CONTINUED

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** [signature]   **Date** 6/18/05   **CID** 293752

**Response from Medical Staff:** Mr. McNeil will be seen by medical.  (3)  aan 6-24-05

INJURIES. I STILL ALSO NEED SOMETHING TO HELP ME SLEEP AND TO ASSIST WITH MY CONTINUING

**Signed:** _____   **Date** _____   **Time** _____

NIGHTMARE OF & GOING TO THE BACK OF MY HEAD, CAUSING NO "REM" SLEEP. PLEASE HELP ME! THANK YOU!

Copy: **file**  inmate  other   (PG 6 4 OF 7)

DR. KENNEDY! I HAVE BEEN TWENTY DAYS SUFFERING IN GREAT PAIN DUE TO UNLAWFUL INCARCERATION, AND 24/7 ISOLATION & CONFINEMENT ON FATHER'S DAY, COMBINED WITH THE

M-61
6/20/05
18:00

## SPOKANE COUNTY JAIL MEDICAL KITE

**Inmate Name** DUNCAN MCNEIL    **Date** 6/20/05

**Date of Birth** 7/14/57    **Module** 6E-2 HOLE    **Social Security** 546-25-47__

____ Dental   ____ Mental Health   _X_ Med Refill   _X_ Medical

**Complaint** STATE'S INTERFERENCE WITH MY CONTACT WITH MY TWO WONDERFUL CHILDREN. THE

**Symptoms** PAIN IS SO SEVERE, I CAN ONLY LAY STILL IN MY BUNK IN A SEMI-COMA STATE. I AM UNABLE TO TAKE THE 500MG TYLENOL, DUE TO RESTRICTION OF 2/X/DAY, WHICH

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

**Signature of Inmate** _____   **Date:** _____   **CID** _____

**Response from Medical Staff:**

scan 6-24-05

PG 65 OF 77

IS COMPLETELY INADEQUATE, PLEASE PROVIDE STRONGER PAIN MEDS, MUSCLE RELAXERS & ANTI ANXIETY MEDS, OR SUBSTANTIALLY INCREASE THE CURRENT DOSAGES, SO THAT THE INTENTIONAL INDIFFERENCE TO MY HEALTH, SAFETY & WELFARE CEASE, AND I AM RELIEVE OF MY CRUEL &

**Signed:** _____   **Date:** _____   **Time:** _____

Copy: **file** inmate other

DR. HENNESSY - CONTINUE TO
SUFFER GREATLY IN PAIN FROM
THE INADEQUATE DOSE OF 2X/DAY

M-62
06:00
6/22/05

URGENT

# SPOKANE COUNTY JAIL MEDICAL KITE

OF THE TYLENOL 500MG., IN ORDER TO SURVIVE

Inmate Name: DUNCAN MCNEIL       Date: 6/22/05

Date of Birth: 3/14/57    Module: GE-24    Social Security: 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

____ Dental    ____ Mental Health   X  Med Refill    X  Medical

Complaint: THE EXTREME PAIN, AND BEGIN TO HEAL.
PLEASE INCREASE TO 8X/DAY FOR 2 WKS,
THEN 6X/DAY FOR 2 WKS, THEN 4X/DAY
FOR 2 WKS. I STILL NEED SOMETHING TO
HELP ME SLEEP (SERAQUEL 200MG. AT NIGHT,
STILL NO "REM" SLEEP) DUE TO SEVERE PAIN
PLEASE HELP.

By signing this request, you authorize treatment and medication. You may be charged a fee for any and all healthcare services received while incarcerated. By signing below, you authorize the Sheriff or designee to release or obtain copies of your medical records to/from any institution, physician, or medical facility that has treated you or has had custody of you.

Signature of Inmate: [signature]    Date: 6/22/05    CID: 283757

Response from Medical Staff: _____ seen 6-24-05

Signed: _____    Date: _____    Time: _____

Copy: **file**  inmate  other

② AND FOR MY ONGOING CONTINUOUS NIGHTMARE
OF A GUN TO THE BACK OF MY HEAD, WOULD BE
TO GROUND.

## SPOKANE POLICE – SHERIFF ADDITIONAL REPORT

| DATE | TIME | PHONE | CHARGE INCIDENT | D.V. | PAGE 1 OF 1 | REPORT NUMBER |
|---|---|---|---|---|---|---|
| 092204 | 1030 | PERSON | | | | |

| COMPLAINANT: LAST, | FIRST | MIDDLE | RACE | SEX | D.O.B. | EMP. AT/SCHOOL |
|---|---|---|---|---|---|---|
| DUNPHY | SHARON | M. | | | | SCJ |

| ADDRESS: (DIRECTION, NUMBER, STREET) | CITY | STATE | ZIP | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| W. 1116 BROADWAY | SPOKANE | WA | 99260 | | 477-6812 |

| SUSPECT ARREST VICTIM | NAME: LAST FIRST MIDDLE N/N AKA | DOB | LOCATION OF INCIDENT | DATE |
|---|---|---|---|---|
| | MCNEIL, DUCAN J.    CCID:293752 | 031457 | 2W | 092204 |

On 9/22/04, I was the Registered Nurse on duty in the Spokane County Jail. At around 0800, I received a call over the radio to come an assess inmate who had been in an altercation. Officer Mason stood at the cell door while I assessed the inmate. Inmate McNeil c/o being hit by an orange that was thrown at him, hitting his L ear. Also c/o inner L cheek area being tender from being hit on the mouth. Denies loose teeth. Denies need to be seen by dentist or MD. Please refer to nursing notes for further detailed assessment.

S. Dunphy RN #1284

## SPOKANE COUNTY JAIL
\*\*\*\*\*\*\*\*\*\* KEEP SEPARATE REQUEST \*\*\*\*\*\*\*\*\*\*

KEEP: __McNeil__ __Duncan__ __J__ __293752__ __2W23__
       Last        First        mi        CCID #        LOCATION

Separate from:
1. __Jones__ __Christopher__ __A__ __150162__ __6E27__
    Last        First        mi        CCID #        LOCATION

2. __Duffey__ __Thomas__ __K__ __250663__ __6E41__
    Last        First        mi        CCID #        LOCATION

3. _____
    Last        First        mi        CCID #        LOCATION

REASON: __McNeil was assaulted by Jones & Duffey__

Required length of "keep separate" status: __Length of Stay__

OFFICER'S NAME: __P Mason #954__  DEPT. __SCSO/Jail__  PHONE # __477-6635__

ROUTING:  Classification – Original
              Transportation – Copy
              Module Officer - Copy

PG 68 of 71