IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DUNCAN J. MCNEIL, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-421-SLR |
| | ) |
| UNITED STATES, CLERK, U.S. | ) |
| DISTRICT COURT, U.S. ATTORNEY, | ) |
| OFFICE OF THE U.S. TRUSTEE, | ) |
| U.S. MARSHAL SERVICE, FBI, | ) |
| IRS, SECRET SERVICE and DOE 1 | ) |
| to DOE 500, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 15th day of September, 2005;

IT IS ORDERED that plaintiff's motions for reconsideration (D.I. 8, 9) are denied for the following reasons:

1. The purpose of a motion for reconsideration is to "correct manifest errors of law or fact or to present newly discovered evidence." Max's Seafood Café ex-rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999). Accordingly, a court may alter or amend its judgment if the movant demonstrates at least one of the following: (1) a change in the controlling law; (2) availability of new evidence not available when summary judgment was granted; or (3) a need to correct a clear error of law or fact or to prevent manifest injustice. See id.

2.  Plaintiff's complaint was dismissed by the court because he has filed at least three civil actions that have been dismissed as frivolous or for failure to state a claim upon which relief may be granted. (D.I. 8, 9) In order for plaintiff to file another in forma pauperis civil action, he must demonstrate that he is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Although plaintiff has submitted medical records in an attempt to meet this threshold, the court finds these documents fail to demonstrate any danger of physical injury. Instead, the records reflect that plaintiff is receiving medical care, but disagrees with the amount and potency of the pain medication prescribed for his various maladies. For these reasons, and because plaintiff has failed to demonstrate any of the aforementioned grounds to warrant a reconsideration of the court's August 9, 2005 orders, his motions are denied. (D.I. 5, 6)

_____
United States District Judge