DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE WA 99205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
CIVIL DETAINEE, PLAINTIFF
AND JUDGMENT CREDITOR

NOTICE OF CHANGE OF ADDRESS

MO-FJ-D-29
DATE: 9/19/05
TIME: ___
FJ- 09

**FILED SEP 30 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CASE NO. 05-421-SLR

1
2
3
4
5
6  DUNCAN J. MCNEIL, III
7       INDIGENT DISABLED
8  UNLAWFULLY INCARCERATED
   CIVIL DETAINEE, PLAINTIFF
9  AND JUDGMENT CREDITOR
10  V.
11 UNITED STATES,
   ET. AL.
12
13      DEFENDANTS AND
        JUDGMENT DEBTORS
14 NOTICE OF CHANGE OF
   ADDRESS TO: 2030 W.
15 SPOFFORD, SPOKANE WA 99205
16
17
18
19
20
21
22
23
24
25
26
27 DATED: 9/19/05
28

EX PARTE MOTION FOR RELIEF FROM VOID SUA SPONTE DISMISSAL ORDER(S)
EX PARTE MOTION TO AMEND COMPLAINT TO: COMMON LAW ACTION IN THE AID OF "FOREIGN JUDGMENT" AND AS A SUPPLEMENTAL BILL IN THE AID OF THE EXECUTION AND ENFORCEMENT OF FOREIGN JUDGMENT IN THIS DISTRICT.

FOR RELIEF FROM ORDER(S) OF DISMISSAL, PURSUANT TO FRCP RULES 8, 10 & 15, 52, 59 & 60 THE PLAINTIFF SEEKS LEAVE OF THIS COURT, IN THIS ACTION, TO FILE THE ATTACHED ~~SECOND~~ AMENDED COMPLAINT; IN THIS ACTION, AS A COMMON LAW SUPPLEMENTAL BILL IN THE AID OF THE EXECUTION AND ENFORCEMENT OF "FOREIGN JUDGMENT" IN THIS DISTRICT. SEE DE LEON v. DOE, 361 F.3d 93 AT 95 (2nd CIR 2004) VOIDING SUA SPONTE "3-STRIKE" DISMISSALS.

/s/ _____
PLAINTIFF

SEE ALSO: US (KELLY) v. DODD, 255 F.2d 772 (7TH CIR. 1958); ELDRIDGE v. BLOCK, 832 F.2d 1132 (9TH CIR. 1987); WYATT v. CRITTENDEN, 113 F.2d 170 (FED CIR

PG 1 OF 1

