IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DUNCAN J. MCNEIL, III,                )
                                      )
      Plaintiff,                      )
                                      )
    v.                                ) Civ. No. 05-421-SLR
                                      )
UNITED STATES, CLERK, U.S.            )
DISTRICT COURT, U.S. ATTORNEY,        )
OFFICE OF THE U.S. TRUSTEE,           )
U.S. MARSHAL SERVICE, FBI,            )
IRS, SECRET SERVICE and DOE 1         )
to DOE 500,                           )
                                      )
      Defendants.                     )

O R D E R

At Wilmington this 17th day of October, 2005, having considered plaintiff's second motion for reconsideration;

IT IS ORDERED that said motion (D.I. 14) is denied for the same reasons his first was denied (D.I. 13). THE COURT WILL NOT ENTERTAIN ANY MORE SUCH MOTIONS FOR RECONSIDERATION.

                                                                     /s/ Sue L. Robinson
                                                                    United States District Judge