IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DUNCAN J. MCNEIL, III,        )
                              )
          Plaintiff,          )
                              )
     v.                       )  Civ. No. 05-421-SLR
                              )
UNITED STATES, CLERK, U.S.    )
DISTRICT COURT, U.S. ATTORNEY,)
OFFICE OF THE U.S. TRUSTEE,   )
U.S. MARSHAL SERVICE, FBI,    )
IRS, SECRET SERVICE and DOE 1 )
to DOE 500,                   )
                              )
          Defendants.         )
```

**O R D E R**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 9, 2005, this court entered an order denying plaintiff's motion for leave to proceed <u>in forma pauperis</u> and requiring the plaintiff to pay the filing fee within thirty (30) days from the date of the order (D.I. 5);

WHEREAS, on September 13, 2005 and on October 17, 2005, this court entered orders denying plaintiff's three motions for reconsideration of this court's ruling (D.I. 13, 15);

WHEREAS, to date, the filing fee of $250.00 has not been received from the plaintiff;

THEREFORE, at Wilmington this 26th day of October, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

                                                                        /s/ _____
                                                        United States District Judge