DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT, DISABLED, UNLAWFULLY
INCARCERATED "CIVIL DETAINEE"

MO: FJ-E-05
DATE: 10/21/05
FJ-08-A

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DUNCAN J. McNEIL, III
  PLAINTIFF/APPELLANT
v.
UNITED STATES et al,
  DEFENDANTS/APPELLEES

CASE NO: 05-421-SLR

NOTICE OF APPEAL
APPLICATION TO PROCEED IFP ON APPEAL;
DESIGNATION OF RECORD
MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

RECEIVED OCT 31 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLAINTIFF AND APPELLANT HEREBY APPEALS TO THE CIRCUIT COURT OF APPEALS, ALL OF THE ORDERS OF THE DISTRICT COURT, IN THIS MATTER, INCLUDING THOSE DATED: 8/8/05, 9/15/05 & 10/17/05

BY THE ATTACHED APPLICATION, APPELLANT SEEKS LEAVE TO APPEAL IFP, W/O PAYMENT OF COSTS AND FEES. APPELLANT DESIGNATES AS THE RECORD IN THIS APPEAL ALL OF THE DOCUMENTS AND RECORDS OF THE DISTRICT COURT IN THIS MATTER.

APPELLANT SEEKS APPOINTMENT OF COUNSEL IN THIS APPEAL, PURSUANT TO THE ATTACHED APPLICATION 28 U.S.C. § 1915(e)(1) AND JOHNSON v. U.S., 352 U.S. 565 (1957).

I CERTIFY THAT THIS APPEAL WAS FILED/MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCT SW-26 ON 10/21/05.

DATED: 10/21/05    PG 1 OF 22



DUNCAN T. MCNEIL
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

LEGAL MAIL

CLERK
US DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570

LEGAL MAIL