DUNCAN J. McNEIL
2030 W. SPOFFORD
SPOKANE, WA 98205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISONER & PLAINTIFF

SERVICE
ADDRESS

MO-___
DATE:
TIME:

# U.S. DISTRICT COURT
## DISTRICT OF DELAWARE

DUNCAN J. McNEIL, III

PLAINTIFF

v.

UNITED STATES AND IT'S
OFFICERS & AGENCIES, ET
AL.

DEFENDANTS

CASE NO: 05-421-SLR

URGENT EXPARTE IN SUPPORT OF
MOTION: NOTICE OF APPEAL
① TO PROCEED I F P
W/O PAYMENT OF FEES;
ON APPEAL
② FOR ELECTRONIC FILING
ACCESS TO COURT AND FOR
A WAIVER OF PACER FEE
AND ELECTRONIC FILING
FEES;
③ FOR APPOINTMENT
OF COUNSEL ON APPEAL;
④ FOR COPIES, RECORD AND FOR
SERVICE OF THE
SUMMONS AND COMPLAINT
BY THE CLERK & U.S.
MARSHAL PER FRCP 4(c)(2)

FILED

OCT 31 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, DUNCAN J. McNEIL, III, BEING SWORN
UPON OATH HEREBY DECLARE UNDER THE
PENALTY OF PERJURY THE FOLLOWING:
1. THAT I AM A "QUALIFIED INDIVIDUAL" WITH
AN ESTABLISHED SSA DISABILITY, WHO IS ENTITLED
TO REASONABLE ACCOMMODATIONS FROM THE
DEFENDANTS AND THIS COURT.
2. THAT I AM PRESENTLY UNLAWFULLY

15

PG. 2 OF ~~20~~ 22

1. INCARCERATED BY THE STATE OF WASHINGTON, UNITED STATES, THE
2. COUNTY OF SPOKANE AND THE CITY OF SPOKANE,
3. IN VIOLATION OF MY CONSTITUTIONAL AND
4. CIVIL RIGHTS.
5.     3. THAT I AM AN "OFFICER OF THE
6. UNITED STATES" AS DEFINED BY 42 U.S.C. §
7. 1985 (1) APPOINTED PURSUANT TO 11 U.S.C. §
8. 1123 (b)(3)(B) AS THE DISBURSING AGENT AND
9. LIQUIDATING TRUSTEE AND GENERAL MANAGER
10. FOR REORGANIZED DEBTOR BROADWAY
11. BUILDINGS II, L.P., PURSUANT TO ORDER
12. OF THE U.S. BANKRUPTCY COURT, CENTRAL
13. DISTRICT OF CALIFORNIA.
14.     4. THAT AS A DISABLED PERSON,
15. I HAVE BEEN THE CONTINUAL AND
16. ON GOING VICTIM OF INTENTENDONAL
17. DISCRIMINATION AND RETALIATION, BY
18. THE U.S., THE STATE OF WASHINGTON,
19. THE COUNTY OF SPOKANE, AND THE CITY
20. OF SPOKANE, IN A KNOWING AND
21. INTENTIONAL VIOLATION OF MY CIVIL
22. AND CONSTITUTIONAL RIGHTS, FOR
23. HAVING EXERCIZED MY COURT APPOINTED
24. DUTIES PURSUANT TO THE EXECUTION
25. AND ENFORCEMENT OF BROADWAY'S
26. CONFIRMED PLAN, PURSUANT TO U.S.
27. CONST. ART 4, §1, FULL FAITH &
28. CREDIT CLAUSE. I AM PRESENTLY UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY DUE MY CONDITIONS OF INCARCERATION AND THE WITHHOLDING OF MEDICAL CARE.

PG 3 OF 22

16

5. BY THE ATTACHED IFP APPLICATION I MOVE THE COURT FOR AN ORDER ALLOWING ME TO PROCEED IN THIS ~~ACTION~~ APPEAL WITHOUT PREPAYMENT OF FEES, COPIES OR SERVICE.

6. I ALSO MOVE THE COURT FOR AN ORDER ALLOWING ME ELECTRONIC FILING STATUS, ALONG WITH A WAIVER OF PACER AND ELECTRONIC ACCESS, FILING AND SERVICE FEES.

7. I FURTHER MOVE THE COURT FOR APPOINTMENT OF COUNSEL, IN THIS ~~ACTION~~ APPEAL, PURSUANT TO 28 USC§1915 (e) (1), FOR THE FOLLOWING REASONS:

(9) TO ATTAIN DUE PROCESS OF LAW: THE PLAINTIFF, INDIGENT & UNLAWFULLY INCARCERATED, ASSERTS IN BRINGING THIS ACTION THAT THE PLAINTIFF HAS BEEN DENIED HIS FUNDAMENTAL RIGHTS TO DUE PROCESS OF LAW, AND HAS BEEN UNLAWFULLY DENIED ACCESS TO THE COURTS, WARRANTING APPOINTMENT OF COUNSEL IN THIS PARTICULAR CASE, SEE HATFIELD v. BAILLEAUX, 290 F.2d 632 (9TH CIR 1961);

PG 4 OF 22

17

(b) THE PLAINTIFF'S ACTION IS NECESSITATED AND BROUGHT ABOUT BY THE DEFENDANT'S ALLEGED CONSPIRACY TO CONCEAL THE PLAINTIFF'S UNLAWFUL ARRESTS, AND TO OBTAIN INVALID CRIMINAL CONVICTIONS, THEREBY WARRANTING THE APPOINTMENT OF COUNSEL, SEE WHITE V. WALSH, 649 F.2d 560 (8TH CIR 1981);

(c) THE DENIAL OF COUNSEL, IN THIS PARTICULAR CASE, WOULD RESULT IN A FUNDAMENTAL UNFAIRNESS, DUE TO PLAINTIFF'S CONTINUAL DENIAL OF ACCESS TO COURTS/LAW LIBRARY, INFRINGING UPON THE INDIGENT PRISONER'S DUE PROCESS RIGHTS, THEREBY REQUIRING APPOINTMENT, SEE CHILDS V. DUCKWORTH, 705 F.2d 915 (7TH CIR. 1983);

(d) APPOINTMENT OF COUNSEL IS NECESSARY WHEN AN INDIGENT PRISONER AS IN THIS CASE, IS PROHIBITED ADEQUATE ACCESS TO LAW LIBRARY, COPIER, TYPEWRITER, AND OTHER RESOURCES NEEDED TO PROSECUTE THE CASE, SEE RAYES V. JOHNSON, 969 F.2d 700 (8TH CIR. 1992);

(e) THE INDIGENT PRISONER IS PERMANANTLY DISABLED, WITH A CHRONIC

#1

PG 5 OF 22

18

21 OF 22

SPECIFICALLY PG 21 OF 22
(SEE POS __ OF __ TO __ OF __ ATTACHED)

DIBILIATING DISEASE, CHRONIC DISEASE, WHICH LIMITS AND INTERFERES WITH THE INDIGENT DISABLED PRISONER'S ABILITY TO PRESENT HIS CASE TO THE COURT, AND RECIEVE A FAIR TRIAL, SEE McCARTHY v. WEINBERG, 753 F.2d 836 (10TH CIR 1985); JACKSON v. COUNTY OF McLEAN, 953 F.2d 1070 (7TH CIR 1992).

8. THE SUBJECT ACTION RELATES TO SIGNIFICANT CONSTITUTIONAL ISSUES, OF PUBLIC IMPORTANCE, AS TO FULL FAITH & CREDIT; ACCESS TO COURTS, & FALSIFIED CRIMINAL HISTORY AND INDIVIDUAL AGENCY RECORDS, WHICH WARRANT THE APPOINTMENT OF COUNSEL ① AS THE CASE RAISES SEVERAL ISSUES OF FIRST IMPRESSION, WHICH COULD LEAD TO SIGNIFICANT PRECIDENTIAL AUTHORITY.

9. THE PLAINTIFF MOVES THE COURT FOR AN ORDER REQUIRING SERVICE AND PREPARATION OF THE RECORD IN THIS MATTER OF THE SUMMONS & COMPLAINT ON THE DEFENDANTS BY THE U.S. MARSHAL SERVICE AT THE COST OF THE U.S. I DECLARE THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES.
DATED: 10/21/05  6 OF 22
PG

(left margin, vertical text)
① THAT I HAVE CONTACTED OVER 30 PUBLIC SERVICE AGENCIES AND LEGAL CLINICS, SEEKING APPOINTMENT OF COUNSEL/OR ASSISTANCE OR COUNSEL IN CASTRO DAYS AND EACH HAS NEITHER FAILED TO REPLY OR DECLINED DUE TO COMPLEXITY OF CASE

19

LEGAL MAIL

DUNCAN L. MYLER
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE WA 99260

CLERK
US DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570

LEGAL MAIL

PRINTED ON RECYCLED PAPER.