IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DUNCAN J. MCNEIL, III,             )
                                   )
          Plaintiff,               )
                                   )
     v.                            )   Civ. No. 05-421-SLR
                                   )
UNITED STATES, CLERK, U.S.         )
DISTRICT COURT, U.S. ATTORNEY,)
OFFICE OF THE U.S. TRUSTEE,        )
U.S. MARSHAL SERVICE, FBI,         )
IRS, SECRET SERVICE and DOE 1 )
to DOE 500,                        )
                                   )
          Defendants.              )
```

**O R D E R**

At Wilmington this 4th day of November, 2005, plaintiff having requested leave to proceed with his appeal <u>in forma pauperis</u> on November 2, 2005 (D.I. 18);

IT IS ORDERED that plaintiff's application is denied consistent with the reasons stated in this court's order[1] of August 9, 2005 (D.I. 5), to wit, plaintiff, who is incarcerated in the State of Washington, has had at least three civil actions dismissed as frivolous and has failed to demonstrate either that this court has jurisdiction over his present complaints or that

_____

[1]The court further notes that it has denied plaintiff's three motions for reconsideration of this ruling. (<u>See</u> D.I. 13, 15)

he is in "imminent danger of serious physical injury."

United States District Judge