Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205

MO: FTA-035
DATE: 10/31/05
FJ- FT-08-A

U.S. DISTRICT COURT
DISTRICT OF DELEWARE

Duncan J. McNeil, III
Indigent Disabled
Unlawfully Incarcerated
"Civil Detainee", Plaintiff,
Appellant and
Judgment Creditor

v.

United States et. al.
Defendants, Appellees
And Judgment Debtors

CASE NO: 05-421-SLR

AMMENDED NOTICE OF APPEAL



FILED
NOV - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The undersigned indigent disabled unlawfully incarcerated "civil detainee" plaintiff and appellant and judgment creditor, hereby amends and supplements his prior notice(s) of appeal filed in this matter to include the appeal ~~this~~ review and reversal of the order entered in this matter dated 10/26/05.

I hereby certify under the penalty of perjury that this Amended Notice of Appeal was filed/mailed on 10/31/05 by placing it into the outgoing indigent mail at SATF SW-26.

DATED: 10/31/05

PG 1 OF 1



DUNCAN T. MUJIC
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

U.S.M.S.
X-RAY
LEGAL MAIL

CLERK
US DISTRICT COURT
844 N. KING ST.
LOCK BOX 18
WILMINGTON, DE 19801-3570