Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205

MO: FJA-58
DATE: 11/10/05
FJ- 08-A

## U.S. District Court
## District of Deleware

Duncan J. McNeil, III
 Indigent Disabled
 Unlawfully Incarcerated
 "Civil Detainee", Plaintiff,
 Appellant and
 Judgment Creditor

v.

United States et al.
 Defendants, Appellees
 and Judgment Debtors

CASE NO:
05-421-SLR

AMMENDED NOTICE
OF APPEAL

FILED
NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The undersigned indigent disabled unlawfully incarcerated "civil detainee" plaintiff and appellant and judgment creditor, hereby amends and supplements his prior notice(s) of appeal filed in this matter to include the appeal review and reversal of the order entered in this matter dated 11/4/05

I hereby certify under the penalty of perjury that this ammended notice of appeal was filed/mailed on 11/10/05 by placing it into the outgoing indigent mail at SCT SW-26.

Dated: 11/10/05

