**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 05-4962</u>

McNeil

vs.

USA, et al.

Duncan J. McNeil, Appellant

(Delaware District Civil No. 05-cv-00421)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Date: February 6, 2006

cc:

Mr. Duncan J. McNeil, III
Seth M. Beausang, Esq.