

AUG 21 2004

DUNCAN J. McNEIL, III
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

CLERK
U.S. DISTRICT COURT
844 KING STREET
LOCK BOX 18
WILMINGTON, DE 19801-3570

LEGAL MAIL

INMATE'S MAIL
Spokane County Jail
1100 W Mallon
Spokane, WA 99260-0320

RECEIVED
APR 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Duncan J. McNeill
Spokane County Jail, # 293752
2030 W. Spofford
Spokane WA 99205

REQUEST FOR REASONABLE
Accommodations TO:
U.S. DISTRICT COURT.
DISTRICT OF DELEWARE