# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 05-4907

McNeil

vs.

USA, et al.

Duncan J. McNeil, Appellant

(Delaware District Civil No. 05-cv-00421)

### O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

For the Court,

*Marcia M. Waldron*

Clerk

Date: June 12, 2006 *Marcia M. Waldron*

Marcia M. Waldron, Clerk

cc:
Mr. Duncan J. McNeil, III
Seth M. Beausang, Esq.